**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **LEMNATURE AQUAFARMS CORPORATION** |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **DBA  Parabel Nutrition, Inc.**<br>**DBA  Parabel Ltd.** |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **84-4134488** |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business**<br><br>**1991 74th Avenue**<br>**Vero Beach, FL 32966**<br>Number, Street, City, State & ZIP Code<br><br>**Indian River**<br>County | **Mailing address, if different from principal place of business**<br><br><br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br>**455 146th Avenue Vero Beach, FL 32968**<br>Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | **www.lemnatureusa.com** |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor    **LEMNATURE AQUAFARMS CORPORATION**
Name | Case number (*if known*) _____

---

| **7.** | **Describe debtor's business** | A. *Check one:* |

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.
____1119____

---

| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ■ No. |

If more than 2 cases, attach a separate list.

☐ Yes.

| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

---

Debtor    **LEMNATURE AQUAFARMS CORPORATION**                              Case number (*if known*) _____
_____
Name

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11.  Why is the case filed in *this district?***    *Check all that apply:*

■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐  A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**    _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency    _____
Contact name    _____
Phone    _____

---

█    **Statistical and administrative information**

**13.  Debtor's estimation of available funds**    .    *Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **LEMNATURE AQUAFARMS CORPORATION**                         Case number (*if known*) _____
           Name

☐ $50,001 - $100,000              ☐ $10,000,001 - $50  million         ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000             ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million           ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Debtor    **LEMNATURE AQUAFARMS CORPORATION**                                    Case number (*if known*) _____
       Name

| Request for Relief, Declaration, and Signatures |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 12, 2023**
        MM / DD / YYYY

**X** **/s/ Ronald L. Edwards** _____          **Ronald L. Edwards** _____
   Signature of authorized representative of debtor          Printed name

Title    **Chairman of the Board of Directors**

**18. Signature of attorney**

**X** **/s/ Lawrence M. Kosto** _____          Date    **September 12, 2023**
   Signature of attorney for debtor                              MM / DD / YYYY

**Lawrence M. Kosto**
Printed name

**Kosto & Rotella**
Firm name

**1517 E. Robinson Street**
**Orlando, FL 32801**
Number, Street, City, State & ZIP Code

Contact phone    **407-425-3456**          Email address    **lkosto@kostoandrotella.com**

**0765325 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **LEMNATURE AQUAFARMS CORPORATION**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐    *Schedule H: Codebtors* (Official Form 206H)
☐    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 12, 2023**          X **/s/ Ronald L. Edwards**
                                    Signature of individual signing on behalf of debtor

                                    **Ronald L. Edwards**
                                    Printed name

                                    **Chairman of the Board of Directors**
                                    Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name    **LEMNATURE AQUAFARMS CORPORATION**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

Part 1:    **Summary of Assets**

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*............................................................................................................    $      0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*........................................................................................................    $      1,412,475.65

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*..........................................................................................................    $      1,412,475.65

Part 2:    **Summary of Liabilities**

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................    $      3,737,215.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................................    $      517,000.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................    +$      826,064.57

4.   **Total liabilities** ...............................................................................................................
    Lines 2 + 3a + 3b    $      5,080,279.57

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name  **LEMNATURE AQUAFARMS CORPORATION**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property                12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**      **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Marine Bank** | **Checking** | **2514** | **$22,103.00** |
| 3.2. | **Marine Bank** | **Checking** | **4477** | **$128,554.00** |
| 3.3. | **Marine Bank** | **Checking** | **4485** | **$149,935.00** |
| 3.4. | **Wells Fargo** | **Checking** | **0920** | **$98,542.00** |
| 3.5. | **Wells Fargo** | **Checking** | **0425** | **$16,114.00** |
| 3.6. | **Wells Fargo** | **Checking** | **5452** | **$0.00** |

4.      **Other cash equivalents** *(Identify all)*

Debtor **LEMNATURE AQUAFARMS CORPORATION**  Case number *(If known)* _____
  Name

| | |
|---|---|
| 5. **Total of Part 1.** | **$415,248.00** |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | |

**Part 2:    Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Security Deposit - Sun AG LLC** | **$35,000.00** |
| 7.2. | **Utility Deposit - Florida City Gas** | **$14,000.00** |
| 7.3. | **Utility Deposit - Florida Power & Light** | **$25,247.00** |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **See Exhibit A - Prepayments** | **$337,764.00** |

| | |
|---|---|
| 9. **Total of Part 2.** | **$412,011.00** |
| Add lines 7 through 8. Copy the total to line 81. | |

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.

Official Form 206A/B          Schedule A/B Assets - Real and Personal Property          page 2

Debtor  **LEMNATURE AQUAFARMS CORPORATION**
        Name                                          Case number *(If known)*

■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops-either planted or harvested** **Limited amounts of residual Lemnaceae exist at the aquafarm and processing facilities** | $0.00 | | $0.00 |
| 29. **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30. **Farm machinery and equipment** *(Other than titled motor vehicles)* **See Exhibit B attached - Farm Machinery and Equipment** | $14,456,844.00 | | Unknown |
| 31. **Farm and fishing supplies, chemicals, and feed** **See Exhibit B attached - Farm Supplies** | $142,528.00 | | Unknown |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6.**
    Add lines 28 through 32.  Copy the total to line 85.                    $0.00

34. **Is the debtor a member of an agricultural cooperative?**
    ■ No
    ☐ Yes.  Is any of the debtor's property stored at the cooperative?
        ☐ No
        ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____ Valuation method _____ Current Value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
    ☐ No
    ■ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **See attached Exhibit C** | $0.00 | | $0.00 |
| 40. **Office fixtures** | | | |

Debtor    **LEMNATURE AQUAFARMS CORPORATION**    Case number *(If known)* _____
          Name

| | | | |
|---|---|---|---|
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software** **See attached Exhibit C** | $142,703.65    N/A | $142,703.65 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

| | | |
|---|---|---|
| 43. | **Total of Part 7.** Add lines 39 through 42. Copy the total to line 86. | $142,703.65 |

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No. Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **1991 74th Avenue, Vero Beach, FL 32966** | Sublease | $0.00 | | $0.00 |
| 55.2. **455 146th Avenue, Vero Beach, FL 32968** | Lease | $0.00 | | $0.00 |
| 55.3. **7898 S. Headwaters Commerce St., FEllsmere, FL 32948** | Lease | $0.00 | | $0.00 |

| | | |
|---|---|---|
| 56. | **Total of Part 9.** Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. | $0.00 |

Debtor  **LEMNATURE AQUAFARMS CORPORATION**                    Case number *(If known)* _____
        ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
        Name

Copy the total to line 88.

57.   **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

58.   **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59.  **Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** **See attached Exhibit D to Schedule B - Propietary and Confidential and Trade Secret Summaries** **Convertible notes** **All of Company's Intellectual Property** **Multiple Creditors have lien on this property** | **$1,642,042.00** | N/A | Unknown |
| 61. **Internet domain names and websites** **Internet Domain and Websites - See attached Exhibit E** | **$0.00** | | Unknown |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| 65. **Goodwill** | | | |

66.   **Total of Part 10.**                                                          | **$0.00** |
      Add lines 60 through 65. Copy the total to line 89.

67.   **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

68.   **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
      ☐ No
      ■ Yes

69.   **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

Debtor    **LEMNATURE AQUAFARMS CORPORATION**                    Case number *(If known)* _____
          Name

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)
       **Employee Retention Credit (ERC) refund**
       **Q3 2021**                                    Tax year **2021**            **$442,513.00**

       **Unused NOLs**
       **through 2021 in the amount of $62,185,154.00**    Tax year **2021**            **Unknown**

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**
       **In the event that the Debtor is found by the IRS to have failed to have remitted the appropraite amount of income and payroll taxes attributable to the income earned by Anthony Tiarks, who is the Debtor's former CEO, during the period that Mr. Tiarks was employed by the Debotr, the Debtor could be liable for more than $1 million.  The Debotr would have a claim against Mr. Tiarks for these funds as Mr. Tiarks was responsible for the decision to not remit these taxes to the IRS.**             **Unknown**

       **Nature of claim**        **Possible IRS Claim**
       **Amount requested**                    **$0.00**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                        **$442,513.00**
       Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Debtor  **LEMNATURE AQUAFARMS CORPORATION**                    Case number *(If known)* _____
      Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $415,248.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $412,011.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $142,703.65 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .....................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $442,513.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,412,475.65 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $1,412,475.65 |

Exhibit A -- Prepayments

Type of Prepayment

| Prepayment | Property Location | Type of Insurance | Insurance Company | Do You Own This Property? | Holder of Prepayment | Value |
|---|---|---|---|---|---|---|
| Insurance | R&D Facility, HQ | Property | Greenfield Insurance Company | Yes | | |
| Insurance | R&D Facility, HQ | Liability & Harm | FCCI Insurance Company | Yes | | |
| Insurance | R&D Facility, HQ | Commercial Auto | Monroe Guaranty Insurance Company | Yes | FCCI Insurance Group | $22,238 |
| Insurance | R&D Facility, HQ | Inland Marine | FCCI Insurance Company | Yes | | |
| Insurance | R&D Facility, HQ | Umbrella | FCCI Insurance Company | Yes | | |
| | | | | | | |
| Insurance | APF #1 | Property | Mt Hawley Insurance Company (Layer 1) | Yes | | |
| Insurance | APF #1 | Property | Lexington Insurance Company (Layer 2) | Yes | | |
| Insurance | APF #1 | Property | Starstone Specialty Insurance Company (Layer 3A) | Yes | IFFS Corporation | $278,595 |
| Insurance | APF #1 | Property | Landmark American Insurance Company (Layer 3B) | Yes | | |
| Insurance | APF #1 | Property | Starr Surplus Lines Insurance Company (Layer 4) | Yes | | |
| Insurance | APF #1 | Equipment Breakdown | Chubb* included in APF 1 finance agreement | Yes | | |
| | | | | | | |
| Insurance | N/A | Directors & Officers (D&O) | Axis Insurance Company (Layer 1) | Yes | | |
| Insurance | N/A | Directors & Officers (D&O) | Hudson Excess Insurance Co. (Layer 2) | Yes | IFFS Corporation | $35,473 |
| Insurance | N/A | Directors & Officers (D&O) | Starstone Specialty Insurance Co. (Layer 3) | Yes | | |
| | | | | | | |
| Insurance | N/A | International St. | WorldRisk | Yes | WorldRisk | $1,458 |
| | | | | | | $337,764 |

Exhibit B -- Farm Machinery and Equipment – APF 1

| Type of Property | Do You Own This Type of Property? | Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|
| Farm Machinery & Equipment | Yes | Chiller | 60,795.30 | Net Book Value | 60,795.30 |
| Farm Machinery & Equipment | Yes | G&H CGAs | 2,443,901.83 | Net Book Value | 2,443,901.83 |
| Farm Machinery & Equipment | Yes | G&H Controls | 43,718.16 | Net Book Value | 43,718.16 |
| Farm Machinery & Equipment | Yes | G&H Conveyor | 191,603.34 | Net Book Value | 191,603.34 |
| Farm Machinery & Equipment | Yes | G&H Delivery Canal | 202,680.20 | Net Book Value | 202,680.20 |
| Farm Machinery & Equipment | Yes | G&H Distribution Canal | 28,168.56 | Net Book Value | 28,168.56 |
| Farm Machinery & Equipment | Yes | G&H Harvest Canal | 505,839.36 | Net Book Value | 505,839.36 |
| Farm Machinery & Equipment | Yes | G&H Hopper Stands | 15,080.84 | Net Book Value | 15,080.84 |
| Farm Machinery & Equipment | Yes | G&H Nutrient Delivery System | 193,095.62 | Net Book Value | 393,095.62 |
| Farm Machinery & Equipment | Yes | G&H Paddle Wheels | 125,538.42 | Net Book Value | 125,538.42 |
| Farm Machinery & Equipment | Yes | G&H Propulsion & Water System | 11,820.30 | Net Book Value | 11,820.30 |
| Farm Machinery & Equipment | Yes | G&H Propulsion System | 37,360.00 | Net Book Value | 37,360.00 |
| Farm Machinery & Equipment | Yes | G&H Transfer Station | 89,043.53 | Net Book Value | 89,043.53 |
| Farm Machinery & Equipment | Yes | G&H Windscreen | 297,466.80 | Net Book Value | 297,466.80 |
| Farm Machinery & Equipment | Yes | Growth & Harvest | 1,588.83 | Net Book Value | 1,588.83 |
| Farm Machinery & Equipment | Yes | IT Infrastructure | 61,033.48 | Net Book Value | 61,033.48 |
| Farm Machinery & Equipment | Yes | Kidney System | 32,907.94 | Net Book Value | 32,907.94 |
| Farm Machinery & Equipment | Yes | Laboratory Equipments | 2,450.97 | Net Book Value | 2,450.97 |
| Farm Machinery & Equipment | Yes | Process Controls | 140,254.53 | Net Book Value | 140,254.53 |
| Farm Machinery & Equipment | Yes | Process Equipments | 8,601,471.09 | Net Book Value | 8,601,471.09 |
| Farm Machinery & Equipment | Yes | Process Packaging Equipment | 210,184.86 | Net Book Value | 210,184.86 |
| Farm Machinery & Equipment | Yes | Process Plumbing/Piping | 26,130.00 | Net Book Value | 26,130.00 |
| Farm Machinery & Equipment | Yes | Processing Equipment | 8,957.66 | Net Book Value | 8,957.66 |
| Farm Machinery & Equipment | Yes | RO System | 5,242.44 | Net Book Value | 5,242.44 |
| Farm Machinery & Equipment | Yes | Site Utilities/Improvements | 97,975.06 | Net Book Value | 97,975.06 |



Exhibit B – Farm Machinery & Equipment – Research and Innovation Facility

| Type of Property | Do You Own This Type of Property? | Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|
| Farm Machinery & Equipment | Yes | PMA 202 Adams Equipment - Moisture Analyzer | 549.20 | Net Book Value | 549.20 |
| Farm Machinery & Equipment | Yes | WB(I?) 24/24B4-Hubbell-Wiegmann enclosure, NEMA 3R/4/12, 72 x 24 x 24in (HxWxD), freestanding, cur... | 599.93 | Net Book Value | 599.93 |
| Farm Machinery & Equipment | Yes | (2) Self Dumping Hopper - 6000LU. Vestil 2Cu. Yd with 1 Vestil 6"x2" Ductile Steel Caster Kit fu... | 327.56 | Net Book Value | 327.56 |
| Farm Machinery & Equipment | Yes | Naytech 5485130 Vulcan Muffle Furnace  LW-93855-25 | 1,264.06 | Net Book Value | 1,764.06 |
| Swim Machinery & Equipment | Yes | barm 01 - WWB project | 526.63 | Net Book Value | 526.63 |
| Farm Machinery & Equipment | Yes | (4) 4HFU4 3 Stage Sterile Air Filter Assembly 250 PSI | 4,677.58 | Net Book Value | 4,677.58 |
| Farm Machinery & Equipment | Yes | Nitrogen Analyzer, Leco FP 828, kits, parts etc | 1,152.85 | Net Book Value | 1,152.85 |
| Farm Machinery & Equipment | Yes | Hopper, Self Dumping, 2 cu yd, SKU DPII-10CA-2 | 9,524.91 | Net Book Value | 9,524.91 |
| Farm Machinery & Equipment | Yes | Shipping cart Hopper, Self Dumping, 2 cu yd, SKU DPII-10CA-2 | 1,258.77 | Net Book Value | 1,258.77 |
| Farm Machinery & Equipment | Yes | Aqualab 3 System   Includes: Aqualab 3 water activity meter with dual sensors (dew), and temperature controlled to 25c. Ipad in stand, menu, starter kit for cleaning, cups and verification standards. | 216.90 | Net Book Value | 216.90 |
| Farm Machinery & Equipment | Yes | Goleal Mower Kawasaki FX801V Engine, 15 Gal Fuel Capacity, 52 Inch Cut Deck | 698.52 | Net Book Value | 698.52 |
| Farm Machinery & Equipment | Yes | Cooler Depot 52 In. W 29 cu. ft. Commercial Refrigerator Merchandiser with 2 Swing Glass Doors in White Coated Steel Model RGUM41 | 1,843.29 | Net Book Value | 1,843.29 |

Exhibit B – Farm Machinery & Equipment --Supplies

| Type of Property | Do You Own This Type of Property? | Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|
| Dry Fertilizer | Yes | 581 Kg Ammonium Sulfate - AG Grade (21-0-0) | $499 | Net Book Value | $499 |
| Dry Fertilizer | Yes | 16,524 Kg Ferrous Sulfate – AG Grade | $12,029 | Net Book Value | $12,029 |
| Dry Fertilizer | Yes | 7,903 Kg Fulvic Acid 95% City Max | $15,581 | Net Book Value | $15,581 |
| Dry Fertilizer | Yes | 9,573 Kg Fulvic Acid - 40% SeaGreen | $52,620 | Net Book Value | $52,620 |
| Dry Fertilizer | Yes | 5,925 Kg Potassium Sulfate 0-0-52 Water Soluble | $10,972 | Net Book Value | $10,972 |
| Dry Fertilizer | Yes | 1,475 Kg Boric Acid - Granular | $2,016 | Net Book Value | $2,016 |
| Dry Fertilizer | Yes | 8,025 Kg Magnesium Sulfate - AG Grade | $4,777 | Net Book Value | $4,777 |
| Dry Fertilizer | Yes | 11.1 Kg Manganese Sulfate - AG Grade AG Grade | $16 | Net Book Value | $16 |
| Dry Fertilizer | Yes | 227 Kg Zinc Sulfate - Mono Hydrate - Mini Granular - AG Grade | $150 | Net Book Value | $150 |
| Dry Fertilizer | Yes | 17,003 Kg Hubber #325 Calcium Carbonate | $4,498 | Net Book Value | $4,498 |
| Dry Fertilizer | Yes | 50 Kg Sodium Molybdate | $928 | Net Book Value | $928 |
| Dry Fertilizer | Yes | 4,787 Kg Mono Potassium Phosphate MKP 100% Water Soluble (MKP) | $17,191 | Net Book Value | $17,191 |
| Dry Fertilizer | Yes | 0.25 Kg Monoammonium Phosphate (MAP) Tech Grade | $665 | Net Book Value | $665 |
| Liquid Fertilizer | Yes | 100 Ltr Acetic Acid | $463.29 | Net Book Value | $463 |
| liquid Fertilizer | Yes | 750 Ltr Phosphoric Acid (0-55-0) | $8,775.00 | Net Book Value | $8,775 |
| liquid Fertilizer | Yes | 550 Gal Black Strap Molasses | $1,948.00 | Net Book Value | $1,948 |
|  |  |  | $142,528 |  | $142,528 |

Exhibit C — Office Furniture

| Type of Property | Do You Own This Type of Property? | Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|
| Office Furniture | Yes | 40 Desks | - | Net Book Value | - |
| Office Furniture | Yes | 50 Tables | - | Net Book Value | - |
| Office Furniture | Yes | 75 Chairs | - | Net Book Value | - |
| Office Furniture | Yes | 5 Microwaves | - | Net Book Value | - |
| Office Furniture | Yes | 2 Refridgerators | - | Net Book Value | - |
| Office Furniture | Yes | 50 Storage Cabinets | - | Net Book Value | - |

Exhibit C – Office Equipment

| Type of Property | Do You Own This Type of Property? | Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|

| Type of Property | Do You Own This Type of Property? | Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|
| Office Equipment | Yes | Samsung Galaxy Tab A8 Android Tablet, 10.5" LCD Screen, 32GB Storage, Long Lasting Battery, Kids Content, Smart Switch, Detachable Memory, Dark Gray | 179.00 | Net Book Value | 179.00 |
| Office Equipment | Yes | Brother MFC-L2710DW Monochrome printer - color - LED -Legal (8.5 by 14 in) (original) - A4/Legal (8.46in) - up to 35 ppm (copying) - up to 35 sheets (printing) - 250 sheets - 33.6 Kbps - USB 2.0, LAN, Wi-Fi(n), USB host, NFC | 526.67 | Net Book Value | 526.67 |
| Office Equipment | Yes | Intuos Bridge Telecare Desk | 2,212.91 | Net Book Value | 2,212.91 |
| Office Equipment | Yes | Dell Precision M6400 Special Edition Laptop 500GB | 545.46 | Net Book Value | 545.46 |
| Office Equipment | Yes | TRIPP-LITE RACK ENCLOSURE 36U 8.9FT3 | 1,908.94 | Net Book Value | 1,908.94 |
| Office Equipment | Yes | APC Smart-UPS 3000VA 2700W Uninterruptible Power Supply with Sine Waveform, SMT-1000RM2UC, Pure Sine Wave, Stack-Depth 17" Uninterruptible | 1,555.25 | Net Book Value | 1,555.25 |
| Office Equipment | Yes | Power Supply | 949.35 | Net Book Value | 949.35 |
| Office Equipment | Yes | 80-amp UPS, NET-ACCESS N-TYPE CABINET 42U, Depth 2m for Power Applications, 42U 800-BPF Ports, Ac 25Q SUPSL Ports, 750 Gbps Switching | | | |
| Office Equipment | Yes | 19 in Rack Mounting, 386-6b | 461.00 | Net Book Value | 461.00 |
| Office Equipment | Yes | Ubiquiti UniFi 802.11ac Power Stabilization Professional EDU-PRO-HD | 903.41 | Net Book Value | 903.41 |
| Office Equipment | Yes | Access Point AC PRO | 108.63 | Net Book Value | 108.63 |
| Office Equipment | Yes | Switch Flet, APC Smart-UPS 2200VA 120V Uninterruptible Power Supply, SmartConnect, SMT2200RMXL2U, Pure Sine Wave, Stack-Depth 420V Uninterruptible Product Number | 1,554.40 | Net Book Value | 1,554.40 |
| Office Equipment | Yes | S033-inch-HD1-64GB - Space Gray Connectivity Unlocked, 9.1 Inch iPad Wi-Fi 64GB - Space Gray 64Gray Imaged Product Number, SM2B1A2R2A | 392.55 | Net Book Value | 392.55 |
| Office Equipment | Yes | Krextion 5450 Small Form Factor - Solid Your Own Head/Drive No 5460 NT CPU BASE | 1,974.40 | Net Book Value | 1,974.40 |
| Office Equipment | Yes | Octree 9091 Pro and Pre-Rugged Smartphone | 945.96 | Net Book Value | 945.96 |
| Office Equipment | Yes | GFS for key apps approved by OI | 3,662.72 | Net Book Value | 3,662.72 |
| Office Equipment | Yes | Smartphone PDE Pro | 330.64 | Net Book Value | 330.64 |
| Office Equipment | Yes | Latitude 5430 - Build Your Own Docs Latitude 5430 SCTO BTO | 2,373.50 | Net Book Value | 2,373.50 |
| Office Equipment | Yes | Latitude 5430 Rugged - Build Your Own Panel Module 5430 Rgd, BTO | 2,286.53 | Net Book Value | 2,286.53 |
| Office Equipment | Yes | Brother PT-D500VR1 PTouch 9091 Ultra Flexible Label Editor with Multiple Connectivity options | 629.00 | Net Book Value | 629.00 |
| Office Equipment | Yes | Switch Flet, CAT S60 for Qualcomm 64GB ROM + 3GB RAM IP69K Only | No CDMA] Factory Unlocked 4G LTE Smartphone (Black) - International | 147.32 | Net Book Value | 147.32 |
| Office Equipment | Yes | Verizon CAT S42 H+ Dual-SIM 32GB ROM + 3GB RAM (GSM Only | No CDMA) Factory Unlocked 4G LTE Smartphone (Black) - International | 275.34 | Net Book Value | 275.34 |
| Office Equipment | Yes | Verizon CAT S42 H+ Dual-SIM 32GB ROM + 3GB RAM (GSM Only | No CDMA) Factory Unlocked 4G LTE Smartphone (Black) - International | 275.34 | Net Book Value | 275.34 |
| Office Equipment | Yes | Verizon CAT S42 H+ Dual-SIM 32GB ROM + 3GB RAM (GSM Only | No CDMA) Factory Unlocked 4G LTE Smartphone (Black) - International | 275.34 | Net Book Value | 275.34 |
| Office Equipment | Yes | TRIPP-LITE USB CHARGING STATION | 634.04 | Net Book Value | 634.04 |
| Office Equipment | Yes | Latitude 7330 Rugged CAT Build Your Own Latitude 7330 Rgd | 636.24 | Net Book Value | 636.24 |
| Office Equipment | Yes | Latitude 7330 Rugged Latitude 7330 BTO Base | 332.50 | Net Book Value | 332.50 |
| Office Equipment | Yes | Ubiquiti 5030 Edge - Build Your Own UniFi Edge 5030 Ultra/Optima Rugged 5030 Ultra BTO | 7,133.04 | Net Book Value | 7,133.04 |
| Office Equipment | Yes | Cat the S42 H+ ImgGator 3 in Rugged Smartphone | 4,947.78 | Net Book Value | 4,947.78 |
| Office Equipment | Yes | Samsung Galaxy Tab Active4 Pro 10.1" | 64GB & LTE (UNLOCKED) Water Resistant Rugged Tablet, Black - SM-T547UZKAXAA | 2,106.96 | Net Book Value | 2,106.96 |
| Office Equipment | Yes | Latitude 7330 Detachable Dell Latitude 7330 BTO 2 in 1 Rgd | 147,703.85 | Net Book Value | 147,703.85 |

Exhibit D

PROPRIETARY AND CONFIDENTIAL

Trademark Detail as of July 11, 2023

Proprietary and Confidential Information

| Country | Mark | Class | Description | Application No. | Registration No. | Status | Registration Date |
|---|---|---|---|---|---|---|---|
| United States of America | LEMNATURE AQUAFARMS | 1, 5, 29, 31 | Class 1: Plant extracts for the food industry; Plant extracts for use in the manufacture of food; Plant extracts, namely protein, fiber and botanicals, used in the manufacture of food products, food supplements and beverages; Proteins for the food industry; Proteins for use in the manufacture of food products; Proteins for use in the manufacture of food supplements; Proteins for use in the manufacture of beverages  Class 5: Dietary fibre as an additive for food products; Dietary fiber for use as an ingredient in the manufacture of dietary supplements  Class 29: Plant-based milk substitutes  Class 31: Dried plants | 97724585 | | Pending  Filed 7/1/2023 | |
| United States of America | LEMNATURE | 1, 5, 29, 31 | Class 1: Plant extracts for the food industry; Plant extracts for use in the manufacture of food; Plant extracts, namely protein, fiber and botanicals, used in the manufacture of food products, food supplements and beverages; Proteins for the food industry; Proteins for use in the manufacture of beverages  Class 5: Dietary fiber as an additive for food products; Dietary fiber for use as an ingredient in the manufacture of dietary supplements  Class 29: Plant-based milk products  Class 31: Dried plants | 97725745 | | Pending  Filed 7/1/2023 | |



| Country | Mark | Classes | Goods/Services | Application No. | Registration No. | Status | Registration Date |
|---------|------|---------|----------------|-----------------|------------------|--------|-------------------|
| Brazil | LEMNATURE | 1, 5, 29, 31 | Class 1: Plant extracts for the food industry; Plant extracts for use in the manufacture of food; Plant extracts, namely protein, fiber and botanicals, used in the manufacture of food products, food supplements and beverages; Proteins for the food industry; Proteins for use in the manufacture of food supplements; Proteins for use in the manufacture of beverages<br><br>Class 5: Dietary fiber as an additive for food products; Dietary fiber for use as an ingredient in the manufacture of dietary supplements<br><br>Class 29: Plant-based milk products<br><br>Class 31: Dried plants | AM316385 | | Pending | |
| Canada | LEMNATURE | 1, 5, 29, 31 | Class 1: Plant extracts for the food industry; Plant extracts for use in the manufacture of food; Plant extracts, namely protein, fiber and botanicals, used in the manufacture of food products, food supplements and beverages; Proteins for the food industry; Proteins for use in the manufacture of food supplements; Proteins for use in the manufacture of beverages<br><br>Class 5: Dietary fiber as an additive for food products; Dietary fiber for use as an ingredient in the manufacture of dietary supplements<br><br>Class 29: Plant-based milk products<br><br>Class 31: Dried plants | AM310635 | | Pending | |

| Country | Mark | Class | Goods/Services | Application Date | Registration No. | Status | Registration Date |
|---|---|---|---|---|---|---|---|
| Japan | LEXANATURE | 1, 5, 29, 31 | **Class 1:** Plant extracts in the food industry; Plant extracts for use in the manufacture of food; Plant extracts, namely protein, fiber and botanicals, used in the manufacture of food products, food supplements and beverages; Proteins for the food industry; Proteins for use in the manufacture of food supplements; Proteins for use in the manufacture of beverages<br><br>**Class 5:** Dietary fiber as an addition for food products; Dietary fiber for use as an ingredient in the manufacture of dietary supplements<br><br>**Class 29:** Plant-based milk products<br><br>**Class 31:** Dried plants | A01270 95 | | Pending | |
| United States of America | (logo) | 1, 5, 29, 31 | **Class 1:** Plant extracts for the food industry; Plant extracts for use in the manufacture of food; Plant extracts, namely protein, fiber and botanicals, used in the manufacture of food products, food supplements and beverages; Proteins for the food industry; Proteins for use in the manufacture of food products; Proteins for use in the manufacture of food supplements; Proteins for use in the manufacture of beverages<br><br>**Class 5:** Dietary fiber as an addition for food products; Dietary fiber for use as an ingredient in the manufacture of dietary supplements<br><br>**Class 29:** Plant-based milk substitutes<br><br>**Class 31:** Dried plants | 97287324 | | Pending<br>Allowed 2/7/2023 | |
| United States of America | LINHEN | 1, 5 | **Class 1:** Protein for use as an ingredient of foods; additives for use in the manufacture of pharmaceutical preparations<br><br>**Class 5:** Powders for meal replacement adapted for medical use; dietary and nutritional supplements; dietary food supplements | 86146474 | 5796789 | Registered | 9/26/2017 |

| Entity | Mark | Class | Goods/Services | Application No. | Registration No. | Status | Registration Date |
|--------|------|-------|----------------|-----------------|------------------|--------|-------------------|
| Canada |  | 1, 5 | Class 5: Protein for use as an ingredient of foods; excipients for use in the manufacture of pharmaceutical preparations; protein and plant extracts used in the manufacture of nutritional supplements, dietary supplements, and nutraceuticals<br><br>Class 5: Powders for meal replacement adapted for medical use; dietary and nutritional supplements; dietary food supplements; health food supplements; protein supplements; nutritional supplements; nutritional supplements containing chlorophyll; nutraceuticals for use as a dietary supplement; dietary fiber for use as an ingredient of foods; dietary fiber used in the manufacture of nutritional supplements, dietary supplements, and nutraceuticals | 1881404 | TMA1031928 | Registered | 10/3/2020 |
| European Union (EUTM) |  | 1, 5 | Class 1: Protein for use as an ingredient of foods; excipients for use in the manufacture of pharmaceutical preparations; protein and plant extracts used in the manufacture of nutritional supplements, and nutraceuticals<br><br>Class 5: Powders for meal replacement adapted for medical use; dietary and nutritional supplements; dietary food supplements; health food supplements; protein supplements; nutritional supplements; nutritional supplements containing chlorophyll; nutraceuticals for use as a dietary supplement; dietary fiber for use as an ingredient of foods; dietary fiber used in the manufacture of nutritional supplements, dietary supplements, and nutraceuticals | 017756945 | 017756945 | Registered | 5/13/2020 |

| Country | Mark | Class | Goods/Services | Application No. | Registration No. | Status | Registration Date |
|---|---|---|---|---|---|---|---|
| Japan | LENTEIN | 1, 5 | Class 1: Protein for use as an ingredient of foods; chemicals.<br>Class 5: Baby food for use in the manufacture of pharmaceutical preparations; dietetic foods adapted for medical purposes; soy bean edibles for medical use | 5010 025241 | 6258270 | Registered | 3/29/2020 |
| Canada | LENTEIN | 1, 5 | Class 1: Protein powders for use as an ingredient of foods; proteins for use in the manufacture of pharmaceutical preparations, namely, sorbents and bulking agents.<br>Class 5: Protein powders for use as meal replacements for medical purposes; dietary and nutritional supplements for general health and well being; dietary food supplements for general health and well being | 1745561 | TMA1051067 | Registered | 11/26/2019 |
| European Union (EUTM) | LENTEIN | 1, 5 | Class 1: Protein for use as an ingredient of foods; excipients for use in the manufacture of pharmaceutical preparations.<br>Class 5: Products for meal replacement adapted for medical uses; Dietary and nutritional supplements; Dietary food supplements | 018451852 | 018451961 | Registered | 12/23/2019 |
| United States of America |  | 1, 5 | Class 1: Protein for use as an ingredient of foods; protein and plant extracts used in the manufacture of nutritional supplements, dietary supplements, and nutraceuticals.<br>Class 5: Dietary and nutritional supplements; dietary food supplements; health food supplements; protein supplements; nutritional supplements; nutritional supplements containing chlorophyll; nutraceuticals for use as a dietary supplement; dietary fiber for use as an ingredient of foods; dietary fiber used in the manufacture of nutritional supplements, dietary supplement, and nutraceuticals | 87792620 | 5527304 | Registered | 7/24/2019 |

CONFIDENTIAL AND PROPRIETARY TRADE SECRET INFORMATION

## Lemnature AquaFarms Corporation
## Trade Secret Summaries

### Growth of Crop

1. **Raceway design**
   Lemnature AquaFarms (hereinafter "Lemnature") has developed unique raceways that maximize growth and harvesting of the microcrop by management of water depth and quality, proper circulation of the crop, wind mitigation and shading.

2. **Nutrification of crop**
   Lemnature has developed proprietary nutrient recipes and has optimized timing of nutrient feeds that maximize growth and cost savings.

3. **Crop seeding**
   Lemnature has optimized the timing and seeding parameters for obtaining optimum crop growth and delivery for processing.

4. **Automation**
   Lemnature has developed in-house automation systems for management of many aspects of the growth steps and procedures.

5. **Crop modeling spreadsheets**
   Lemnature regularly models all aspects of the growth process flow.

### Crop Handling

1. **Method and equipment for screening out foreign bodies/organisms**
   Small crustaceans are naturally present in the growth canals and must be removed from the harvested crop before further processing. Lemnature has developed proprietary equipment, including conveyor belts, mesh screens and electro-screening devices, and methods for efficiently removing foreign bodies and the crustaceans post-harvest and pre-processing.

2. **Method for washing and sanitizing crop**
   Freshly harvest crop needs to be properly washed and sanitized prior to processing to minimize microbial loads, off-flavors, and off-odors. Lemnature has developed proprietary methods to effectively handle incoming crop before processing.

3. **Method for dewatering crop**
   Lemnature has develop various methods and systems for dewatering freshly harvested crop. These methods rely on chemical/physical removal of water as opposed to evaporative dewatering. This serves multiple downstream applications, including but not limited to, drying of whole crop for use as a finished ingredient, drying of crop as a feedstock for future processing, cost saving in further wet processing and solvent extraction.

CONFIDENTIAL AND PROPRIETARY TRADE SECRET INFORMATION

4. **P&ID docs of crop handling systems**
   *Lemnature has a library of P&IDs providing specific diagrams of the various parts/systems of the crop handling systems.*

5. **Automation**
   *Lemnature has developed in-house automation systems for management of most aspects of the processing steps and procedures.*

6. **Process modeling spreadsheets**
   *Lemnature regularly models all aspects of the process flow.*

## Processing Equipment

1. **Processing equipment and settings and arrangement of equipment**
   *Lemnature has designed and implemented a system that is capable of processing a crop that has a high water content. The design incorporates both industry standard equipment and equipment designed in-house.*

2. **Packaging devices and settings**
   *Lemnature has designed and implemented a system that is capable of packaging fine powders of finished fiber and protein products. The design incorporates both industry standard equipment and equipment designed in-house.*

3. **CIP system and design**
   *Lemnature has designed and implemented a system that is capable of cleaning the processing system between runs. The design incorporates both industry standard equipment, automation and equipment designed in-house.*

4. **Piping and Instrumentation Diagrams (P&ID) of processing systems**
   *The entire processing system is shown in detail in a library of P&ID documents.*

5. **Process flowchart**
   *The entire processing system is shown in detail in a library of process flow documents.*

6. **Automation**
   *Lemnature has designed and implemented a system that is capable of processing a crop that has a high water content. The design incorporates an automation system that is tied to all aspects of the processing equipment.*

## Processing Methods

1. **Method for blanching crop**
   *Lemnature has patented methods and related trade secrets for blanching freshly harvested crop that helps to remove antinutrients such as oxalic acid, stabilize the crop against the activity of multiple degrading enzymes, and preserve the nutritional and organoleptic properties of the ingredient.*

2

CONFIDENTIAL AND PROPRIETARY TRADE SECRET INFORMATION

2. **Method from reducing oxalic acid**
   *Fresh crop contains elevated levels of oxalic levels which can limit use of the finished ingredient if levels of oxalic acid remain as is. Lemnature has develop a proprietary in-process chemical method for reducing oxalic acid in finished product that meets acceptable levels in foods.*

3. **Method for de-greening fiber stream**
   *The fiber stream can result in finished product that is very green. This limits its application in certain product categories such as a meat binder in comminuted products. Lemnature has developed a proprietary in-process method for shifting the color from green to a more acceptable tan.*

4. **Method for deashing fiber stream**
   *Lemnaceae naturally accumulate a variety of minerals, including numerous metal ions. Some, such as boron and manganese, can sometimes accumulate above acceptable upper limits for inclusion in foods. Lemnature has developed a proprietary method for deashing its fiber stream, bringing these target minerals within acceptable levels for use in foods.*

5. **Method for drying whole crop**
   *Fresh crop is typically between 93% and 97% water and must be processed immediately post-harvest. The ability to dry whole crop to be used as a feedstock for future processing would provide logistical, processing and cost advantages. Lemnature has developed some preliminary proprietary methods to cost-effectively dry whole crop post-harvest.*

6. **Method for dewatering fiber stream using screw presses**
   *Lemnature has developed a proprietary set of conditions for pressing to maximize the protein removal, while minimizing the remaining moisture in the fiber press-cake. Conditions include press type, shaft flight design, screen size, pressure application, and pressing sequence.*

**Innovation & Product Development**

1. **Methods for de-watering fresh crop – osmotic/electric/redox**
   *Lemnature has developed various methods for dewatering freshly harvested crop. These methods rely on chemical/physical removal of water as opposed to evaporative dewatering. This serves multiple downstream applications, including but not limited to, drying of whole crop for use as a finished ingredient, drying of crop as a feedstock for future processing, cost saving in further wet processing and solvent extraction.*

2. **Method for making a de-greened and neutral tasting protein concentrate – acid precipitation/solvent**
   *Lemnature has developed a proprietary method for making an acid-precipitated protein concentrate followed by solvent de-greening. This results in a de-greened, neutral tasting protein concentrate.*

3. **Method for making a de-greened and neutral tasting protein concentrate – solvent**
   *Lemnature has developed a novel and proprietary method for producing a de-greened and neutral tasting protein concentrate that contains high levels of dietary fiber.*

CONFIDENTIAL AND PROPRIETARY TRADE SECRET INFORMATION

4. **Composition of matter – protein/fiber**
   *Lemnature is seeking potential patent protection for a composition of matter that contains high levels of protein and dietary fibers.*

5. **Composition of matter and related methods of use – de-greened and defatted fronds**
   *Lemnature is seeking patent protection for a composition of matter for a de-fatted and de-greened whole frond that can be used as a functional carrier for flavors, colors, probiotics, phytonutrients, supplements, drugs, and cosmeceuticals, among other uses. Lemnature is exploring and documenting the potential use of de-greened and de-fatted fronds as 1. carriers for flavors, colors, phytonutrients, probiotics, supplements, pharmaceuticals, cosmeceuticals, 2. Enteric coatings for delivery into the lower intestine, 3. Shelf-life stabilizing, 4. Exfoliants in cosmetic applications, 5. Other applications*

6. **Method for making protein isolate – heat/acid**
   *Lemnature has developed proprietary methods for making a de-greened protein isolate through heat/acid precipitation and removal of green protein fractions.*

7. **Method for making protein isolate – acid precipitation**
   *Lemnature has developed a proprietary method for making a green protein concentrate though acid precipitation.*

8. **Method for making protein isolate - solvent/enzymes**
   *Lemnature has developed a proprietary method for making a protein isolate by first treating whole fresh crop with a solvent followed by enzymatic removal of cell wall materials.*

9. **Method for extracting vitamin B12 and other value-compounds from crop**
   *Lemnaceae is a family of aquatic flowering plants composed of five genera and 30 species. Members of this family are rich in vitamins, minerals, and antioxidants. Members of the Lemnaceae has been documented to contain Vitamin B12 which is thought to be produced by associated microorganisms. Therefore, Lemnaceae provides a plant-based source of nutritionally valuable vitamin B12 and other phytonutrients and active molecules for use in food, supplements, and cosmetics, among other uses. Lemnature has proprietary methods for selectively extracting and purifying vitamin B12 and other compounds of interest from Lemnaceae.*

10. **Method for growing crop on a solid matrix with misting of nutrients**
    *Lemnature has developed a method for growing whole Lemnaceae crop on a solid support (as opposed to floating on the surface of water) using misting as a delivery method for nutrifying the crop.*

11. **Method for production of protein isolate – filtration with acid precipitation**
    *Lemnature has developed a method for producing a green protein concentrate by concentration of a clarified juice, followed by acid precipitation. The green precipitate is between 60% and 65% protein and can then be dried to a protein concentrate powder. The powder can be further processed via solvent extraction to yield a white protein isolate with limited functionality, but high nutritional properties. The solvent can be "mined" for valuable compounds such as B12 or xanthophylls before re-use. The supernatant from the acid precipitation can be concentrated and dried to produce a light tan, acid-soluble protein concentrate (~60% protein), with high solubility and foaming (Gelling to be determined).*

CONFIDENTIAL AND PROPRIETARY TRADE SECRET INFORMATION

<u>Unpublished Patent Applications</u>

1. Three patent applications in the process of being drafted

<u>Business Strategy/Customer Information</u>

1. Customer lists
2. Potential customer contacts
3. Advertising strategies
4. Supplier and distributor information
5. Business and competition strategy documents

<u>Financial Information</u>

1. Financial models and reports
2. Budgets and forecasts
3. Strategic partnership and investor presentations

<u>Human Resources</u>

1. Personnel Information

5

CONFIDENTIAL AND PROPRIETARY INFORMATION

| Country | Matter Number | Title | Status | Application Date | Application Number | Patent/Registration Number | Issue Date |
|---|---|---|---|---|---|---|---|
| Australia | 102AU | CULTIVATION, HARVESTING AND PROCESSING OF FLOATING AQUATIC SPECIES WITH HIGH GROWTH RATES | Issued | 4/20/2010 | 2010239324 | 2010239324 | 7/28/2016 |
| Australia | 104AU | METHOD AND SYSTEM FOR PROCESSING OF AQUATIC SPECIES | Issued | 8/17/2011 | 2011221145 | 2011221145 | 11/26/2015 |
| Australia | 104AUDIV | METHOD AND SYSTEM FOR PROCESSING OF AQUATIC SPECIES | Issued | 11/13/2015 | 2015255285 | 2015255285 | 1/11/2026 |
| Australia | 106AU | METHODS AND SYSTEMS FOR EXTRACTING PROTEIN AND CARBOHYDRATE RICH PRODUCTS FROM A MICROCROP AND COMPOSITIONS THEREOF | Issued | 6/10/2016 | 2016274072 | 2016274072 | 8/4/2022 |
| Australia | 505AUDIV | METHODS AND SYSTEMS FOR EXTRACTING PROTEIN AND CARBOHYDRATE RICH PRODUCTS FROM A MICROCROP AND COMPOSITIONS THEREOF | Pending | 8/23/2022 | AU 2022221359 | | |
| Australia | 107AU | METHODS AND SYSTEMS FOR FORMING MOISTURE ABSORBING PRODUCTS FROM A MICROCROP | Issued | 6/10/2016 | 2016276874 | 2016276874 | 3/26/2026 |
| Australia | 110AU | METHODS AND SYSTEMS FOR EXTRACTING REDUCED OXALIC ACID PROTEIN FROM AQUATIC SPECIES AND COMPOSITIONS THEREOF | Issued | 8/10/2016 | 2016304892 | 2016304892 | 12/30/2032 |
| Australia | 110AUDIV | METHODS AND SYSTEMS FOR EXTRACTING REDUCED OXALIC ACID PROTEIN FROM AQUATIC SPECIES AND COMPOSITIONS THEREOF | Pending | 12/5/2022 | 5022228618 | | |
| Australia | 511AU | METHODS AND SYSTEMS FOR PROCESSING A HIGH-CONCENTRATION PROTEIN PRODUCT FROM A MICROCROP AND COMPOSITIONS THEREOF | Issued | 9/12/2016 | 2016321414 | 2016321414 | 8/26/2021 |
| Australia | 117AU | APPARATUSES AND METHODS FOR CULTIVATING A HIGH-CONCENTRATION PROTEIN PRODUCT FROM A BLANCHED BIOMASS | Issued | 9/12/2026 | 2016321425 | 2016321425 | 5/9/2021 |
| Brazil | 102BR | CULTIVATION, HARVESTING AND PROCESSING OF FLOATING AQUATIC SPECIES WITH HIGH GROWTH RATES | Issued | 4/20/2010 | PI1015008-5 | PI1015008-5 | 6/18/2019 |
| Brazil | 104BR | METHOD AND SYSTEM FOR PROCESSING OF AQUATIC SPECIES | Pending | 8/17/2011 | BR112012021444-7 | | |
| Brazil | 106BR | METHODS AND SYSTEMS FOR EXTRACTING PROTEIN AND CARBOHYDRATE RICH PRODUCTS FROM A MICROCROP AND COMPOSITIONS THEREOF | Pending | 6/10/2016 | BR112017026554-1 | | |
| Brazil | 107BR | METHODS AND SYSTEMS FOR FORMING MOISTURE ABSORBING PRODUCTS FROM A MICROCROP | Issued | 6/10/2016 | BR112017026539-7 | | |
| Brazil | 110BR | METHODS AND SYSTEMS FOR EXTRACTING REDUCED OXALIC ACID PROTEIN FROM AQUATIC SPECIES AND COMPOSITIONS THEREOF | Pending | 8/10/2016 | BR112018002815-5 | | |
| Brazil | 112BR | APPARATUSES AND METHODS FOR CULTIVATING A HIGH-CONCENTRATION PROTEIN PRODUCT FROM A BLANCHED BIOMASS | Issued | 9/12/2016 | BR112017003480/ 0 | 112017003480 0 | 5/10/2022 |
| Canada | 301CA | METHOD AND SYSTEM FOR PROCESSING OF AQUATIC SPECIES | Issued | 8/17/2011 | 2798512 | 2798512 | 1/22/2019 |

CONFIDENTIAL AND PROPRIETARY INFORMATION

| Country | Docket | Title | Status | Date | Application No. | Patent No. | Date |
|---|---|---|---|---|---|---|---|
| Canada | 100CA | METHODS AND SYSTEMS FOR EXTRACTING PROTEIN AND CARBOHYDRATE RICH PRODUCTS FROM A MICROCROP AND COMPOSITIONS THEREOF | Pending | 6/30/2016 | 2980924 | | |
| China | 102CN | GROWTH, HARVEST AND PROCESSING OF HIGH GROWTH RATE PLANKTONIC AQUATIC SPECIES | Pending | 8/31/2016 | 201610789115.0 | | |
| China | 104CN | METHOD AND SYSTEM FOR PROCESSING OF AQUATIC SPECIES | Pending | 3/17/2021 | 2011800264649 | | |
| China | 105CN | METHODS AND SYSTEMS FOR EXTRACTING PROTEIN AND CARBOHYDRATE RICH PRODUCTS FROM A MICROCROP AND COMPOSITIONS THEREOF | Pending | 6/10/2016 | 201680047175.5 | | |
| China | 110CN | METHODS AND SYSTEMS FOR EXTRACTING REDUCED OXALIC ACID PROTEIN FROM AQUATIC SPECIES AND COMPOSITIONS THEREOF | Issued | 8/19/2016 | 201680058495.6 | CN 108368193.9 | 11/15/2022 |
| China | 112CN | APPARATUSES AND METHODS FOR GENERATING A HIGH CONCENTRATION PROTEIN PRODUCT FROM A BLANCHED BIOMASS | Issued | 9/12/2026 | 201680080224.B | CN 108834799.B | 1/25/2022 |
| China | 112CNInv | APPARATUSES AND METHODS FOR GENERATING A HIGH CONCENTRATION PROTEIN PRODUCT FROM A BLANCHED BIOMASS | Pending | 5/25/2015 | 202210020722.2 | | |
| Colombia | 104CO | A PROCESS AND SYSTEM OF RECOVERING PRODUCTS FROM BIOMASS OF ANY AQUATIC PLANT SPECIES | Issued | 10/17/2012 | 12182837 | 59448 | 9/30/2021 |
| EPO | 104EPDIV | METHOD AND SYSTEM FOR PROCESSING OF AQUATIC SPECIES | Pending | 12/11/2020 | 202120071.4 | | |
| EPO | 105FP | METHODS AND SYSTEMS FOR EXTRACTING PROTEIN AND CARBOHYDRATE RICH PRODUCTS FROM A MICROCROP AND COMPOSITIONS THEREOF | Pending | 6/10/2016 | 16808182 | | |
| EPO | 109FP | METHODS AND SYSTEMS FOR EXTRACTING A POLYSACCHARIDE PRODUCT FROM A MICROCROP AND COMPOSITIONS THEREOF | Pending | 7/5/2016 | 16821928.6 | | |
| EPO | 110EPDIV | METHODS AND SYSTEMS FOR EXTRACTING REDUCED OXALIC ACID PROTEIN FROM AQUATIC SPECIES AND COMPOSITIONS THEREOF | Pending | | 2019/4960.3 | | |
| EPU | 114EP | MICROCROP MILK AND METHODS FOR GENERATING THE SAME | Pending | 5/22/2020 | 20813945.1 | | |
| France | 104FR | METHOD AND SYSTEM FOR PROCESSING OF AQUATIC SPECIES | Issued | 3/17/2011 | 11757038.2 | 2547219 | |
| France | 110FR | METHODS AND SYSTEMS FOR EXTRACTING REDUCED OXALIC ACID PROTEIN FROM AQUATIC SPECIES AND COMPOSITIONS THEREOF | Issued | | 16835852 | 3333748 | |
| France | 112FR | APPARATUSES AND METHODS FOR GENERATING A HIGH CONCENTRATION PROTEIN PRODUCT FROM A BLANCHED BIOMASS | Issued | | 16845295.1 | 3346852 | 4/15/2021 |
| Germany | 104DE | METHOD AND SYSTEM FOR PROCESSING OF AQUATIC SPECIES | Issued | 3/17/2011 | 11757038.2 | 2547219 | |
| Germany | 110DE | METHODS AND SYSTEMS FOR EXTRACTING REDUCED OXALIC ACID PROTEIN FROM AQUATIC SPECIES AND COMPOSITIONS THEREOF | Issued | | 16835852 | 602011F~12 | |

CONFIDENTIAL AND PROPRIETARY INFORMATION

| Country | Ref | Title | Status | Filing Date | Application No. | Patent No. | Issue Date |
|---|---|---|---|---|---|---|---|
| Germany | 112DE | APPARATUS AND METHODS FOR GENERATING A HIGH-CONCENTRATION PROTEIN PRODUCT FROM A BLANCHED BIOMASS | Issued | | 16809295.1 | 6.078166+13 | 4/15/2021 |
| India | 102IN | CULTIVATION, HARVESTING AND PROCESSING OF FLOATING AQUATIC SPECIES WITH HIGH GROWTH RATES | Issued | 11/16/2011 | 8048/DELNP/2011 | 303505 | 1/18/2019 |
| India | 104IN | METHOD AND SYSTEM FOR PROCESSING OF AQUATIC SPECIES | Issued | 3/27/2011 | 8002/DELNP/2012 | 331338 | 2/11/2021 |
| India | 106IN | METHODS AND SYSTEMS FOR EXTRACTING PROTEIN AND CARBOHYDRATE RICH PRODUCTS FROM A MICROCROP AND COMPOSITIONS THEREOF | Pending | 11/18/2017 | 201717040975 | | |
| India | 110IN | METHODS AND SYSTEMS FOR EXTRACTING REDUCED OXALIC ACID PROTEIN FROM AQUATIC SPECIES AND COMPOSITIONS THEREOF | Pending | 2/28/2018 | 201817004968 | | |
| India | 311IN | METHODS AND SYSTEMS FOR PROCESSING A HIGH-CONCENTRATION PROTEIN PRODUCT FROM A MICROCROP AND COMPOSITIONS THEREOF | Pending | 3/16/2018 | 201817009710 | | |
| India | 112IN | APPARATUS AND METHODS FOR GENERATING A HIGH CONCENTRATION PROTEIN PRODUCT FROM A BLANCHED BIOMASS | Pending | 3/26/2019 | 201817005773 | | |
| Israel | 104IL | METHOD AND SYSTEM FOR PROCESSING OF AQUATIC SPECIES | Issued | 8/17/2015 | 22193212 | 221933 | 12/25/2015 |
| Israel | 104ILDIV | METHOD AND SYSTEM FOR PROCESSING OF AQUATIC SPECIES | Issued | 9/19/2015 | 240596 | 240596 | 6/28/2019 |
| Japan | 104JPDIV | METHOD AND SYSTEM FOR PROCESSING OF AQUATIC SPECIES | Issued | 2/5/2015 | 2015-20932 | 6371229 | 7/20/2018 |
| Japan | 106JP | METHODS AND SYSTEMS FOR EXTRACTING PROTEIN AND CARBOHYDRATE RICH PRODUCTS FROM A MICROCROP AND COMPOSITIONS THEREOF | Issued | 6/30/2016 | 2016-516401 | 6944279 | 9/17/2021 |
| Japan | 107JP | METHODS AND SYSTEMS FOR FORMING MOISTURE ABSORBING PRODUCTS FROM A MICROCROP | Issued | 6/30/2016 | 2016-516482 | 6896714 | 6/11/2021 |
| Japan | 110JP | METHODS AND SYSTEMS FOR EXTRACTING REDUCED OXALIC ACID PROTEIN FROM AQUATIC SPECIES AND COMPOSITIONS THEREOF | Issued | 8/18/2016 | 2018-508982 | 6899374 | 6/29/2021 |
| Japan | 110JPDIV | METHODS AND SYSTEMS FOR EXTRACTING REDUCED OXALIC ACID PROTEIN FROM AQUATIC SPECIES AND COMPOSITIONS THEREOF | Issued | 6/14/2021 | 7021-098817 | | |
| Japan | 112JP | APPARATUS AND METHODS FOR GENERATING A HIGH-CONCENTRATION PROTEIN PRODUCT FROM A BLANCHED BIOMASS | Issued | 9/12/2016 | 2018-532591 | 7011262 | 1/18/2022 |
| Japan | 112JPDIV | APPARATUS AND METHODS FOR GENERATING A HIGH-CONCENTRATION PROTEIN PRODUCT FROM A BLANCHED BIOMASS | Issued | | 7022-038986 | | |
| Malaysia | 102MY | CULTIVATION, HARVESTING AND PROCESSING OF FLOATING AQUATIC SPECIES WITH HIGH GROWTH RATES | Issued | 10/28/2011 | PI2011005000 | MY-162865-A | 1/31/2017 |

CONFIDENTIAL AND PROPRIETARY INFORMATION

| Country | Ref | Title | Status | Date | App No | Patent No | Date |
|---|---|---|---|---|---|---|---|
| Mexico | 102MX | CULTIVATION, HARVESTING AND PROCESSING OF FLOATING AQUATIC SPECIES WITH HIGH GROWTH RATES | Issued | 10/18/2013 | MX/a/2011/010995 | 966256 | 5/28/2019 |
| Mexico | 104MX | METHOD AND SYSTEM FOR PROCESSING OF AQUATIC SPECIES | Issued | 9/19/2012 | MX/a/2012/010656 | 322964 | 8/22/2014 |
| Mexico | 104MXDIV | METHOD AND SYSTEM FOR PROCESSING OF AQUATIC SPECIES | Issued | 6/21/2014 | MX/a/2014/007553 | 356092 | 4/19/2018 |
| Mexico | 106MX | METHODS AND SYSTEMS FOR EXTRACTING PROTEIN AND CARBOHYDRATE RICH PRODUCTS FROM A MICROCROP AND COMPOSITIONS THEREOF | Issued | 6/10/2016 | MX/a/2017/016092 | 388668 | 10/25/2021 |
| Mexico | 110MX | METHODS AND SYSTEMS FOR EXTRACTING REDUCED OXALIC ACID PROTEIN FROM AQUATIC SPECIES AND COMPOSITIONS THEREOF | Issued | 9/10/2016 | MX/a/2018/003087 | 390567 | 1/25/2022 |
| Mexico | 111MX | METHODS AND SYSTEMS FOR PROCESSING A HIGH CONCENTRATION PROTEIN PRODUCT FROM A MICROCROP AND COMPOSITIONS THEREOF | Issued | 9/12/2016 | MX/a/2018/002998 | 399873 | 2/8/2022 |
| Mexico | 111MXDIV | METHODS AND SYSTEMS FOR PROCESSING A HIGH-CONCENTRATION PROTEIN PRODUCT FROM A MICROCROP AND COMPOSITIONS THEREOF | Pending | | | | |
| Mexico | 112MX | APPARATUSES AND METHODS FOR GENERATING A HIGH-CONCENTRATION PROTEIN PRODUCT FROM A BLANCHED BIOMASS | Issued | 9/12/2016 | MX/a/2018/002993 | 398951 | 10/6/2021 |
| Netherlands | 104NL | METHOD AND SYSTEM FOR PROCESSING OF AQUATIC SPECIES | Issued | 9/17/2011 | 12157038.2 | 2547239 | |
| Netherlands | 110NL | METHODS AND SYSTEMS FOR EXTRACTING REDUCED OXALIC ACID PROTEIN FROM AQUATIC SPECIES AND COMPOSITIONS THEREOF | Issued | | 16895862 | 3334745 | |
| Netherlands | 112NL | APPARATUSES AND METHODS FOR GENERATING A HIGH-CONCENTRATION PROTEIN PRODUCT FROM A BLANCHED BIOMASS | Issued | | 16845295.1 | | 4/15/2021 |
| Singapore | 104SG | METHOD AND SYSTEM FOR PROCESSING OF AQUATIC SPECIES | Issued | 9/19/2012 | 201205821-9 | 184669 | 2/9/2015 |
| South Africa | 101ZA | METHOD AND SYSTEM FOR PROCESSING OF AQUATIC SPECIES | Issued | 10/16/2022 | 2012/07745 | 2012/07745 | 3/26/2014 |
| Thailand | 102TH | CULTIVATION, HARVESTING AND PROCESSING OF FLOATING AQUATIC SPECIES WITH HIGH GROWTH RATES | Issued | 4/20/2010 | 1101002748 | 70561 | 5/18/2020 |
| United Kingdom | 104UK | METHOD AND SYSTEM FOR PROCESSING OF AQUATIC SPECIES | Issued | 9/17/2011 | 12157038.2 | 2547239 | |
| United Kingdom | 110UK | METHODS AND SYSTEMS FOR EXTRACTING REDUCED OXALIC ACID PROTEIN FROM AQUATIC SPECIES AND COMPOSITIONS THEREOF | Issued | | 16895862 | 3334745 | |
| United Kingdom | 112UK | APPARATUSES AND METHODS FOR GENERATING A HIGH-CONCENTRATION PROTEIN PRODUCT FROM A BLANCHED BIOMASS | Issued | | 16845295.1 | 3346852 | 4/15/2021 |
| United States | 102US | CULTIVATION, HARVESTING AND PROCESSING OF FLOATING AQUATIC SPECIES WITH HIGH GROWTH RATES | Issued | 4/20/2010 | 13/265525 | US9,894,856 | 2/20/2018 |

CONFIDENTIAL AND PROPRIETARY INFORMATION

| Country | Ref | Title | Status | Date | Application No. | Patent No. | Issue Date |
|---|---|---|---|---|---|---|---|
| United States | 102USCIP | APPARATUS FOR FLUID CONVEYANCE IN A CONTINUOUS LOOP | Issued | 7/16/2018 | 15/898515 | US/10,405,500 | 9/10/2019 |
| United States | 102USCIP2 | APPARATUS FOR FLUID CONVEYANCE IN A CONTINUOUS LOOP | Issued | 5/9/2019 | 16/665,234 | US/11,220,773 | 1/25/2022 |
| United States | 104US2 | METHOD AND SYSTEM FOR PROCESSING OF AQUATIC SPECIES | Issued | 3/17/2011 | 13/050831 | US/8,679,552 | 3/25/2014 |
| United States | 101USDIV | METHODS AND SYSTEM FOR PROCESSING OF AQUATIC SPECIES | Issued | 1/31/2014 | 14/1/0101 | US/9,765,112 | 9/19/2017 |
| United States | 106US2 | METHODS AND SYSTEMS FOR EXTRACTING PROTEIN AND CARBOHYDRATE RICH PRODUCTS FROM A MICROCROP AND COMPOSITIONS THEREOF | Issued | 6/10/2016 | 15/179945 | US/10,568,348 | 2/25/2020 |
| United States | 106USCON | METHODS AND SYSTEMS FOR EXTRACTING PROTEIN AND CARBOHYDRATE RICH PRODUCTS FROM A MICROCROP AND COMPOSITIONS THEREOF | Issued | 2/24/2020 | 16/799,540 | US/11,166,478 | 11/9/2021 |
| United States | 107US2 | METHODS AND SYSTEMS FOR FORMING MOISTURE ABSORBING PRODUCTS FOR A MICROCROP | Issued | 6/10/2016 | 15/179968 | US/10,596,048 | 3/24/2020 |
| United States | 108US2 | APPARATUSES, METHODS, AND SYSTEMS FOR CULTIVATING A MICROCROP INVOLVING A FLOATING COUPLING DEVICE | Issued | 6/10/2016 | 15/179745 | US/10,856,478 | 12/8/2020 |
| United States | 109US | METHODS AND SYSTEMS FOR EXTRACTING A POLYSACCHARIDE PRODUCT FROM A MICROCROP AND COMPOSITIONS THEREOF | Issued | 7/6/2016 | 15/747442 | US/10,961,326 | 3/30/2021 |
| United States | 109USCON | METHODS AND SYSTEMS FOR EXTRACTING A POLYSACCHARIDE PRODUCT FROM A MICROCROP AND COMPOSITIONS THEREOF | Pending | 3/26/2021 | 17/214,344 | | |
| United States | 110US2 | METHODS AND SYSTEMS FOR EXTRACTING REDUCED OXALIC ACID PROTEIN FROM AQUATIC SPECIES AND COMPOSITIONS THEREOF | Issued | 8/10/2016 | 15/751876 | US/11,325,941 | 5/10/2022 |
| United States | 111US2 | METHODS AND SYSTEMS FOR PROCESSING A HIGH CONCENTRATION PROTEIN PRODUCT FROM A MICROCROP AND COMPOSITIONS THEREOF | Issued | 9/12/2016 | 15/261253 | US/12,452,300 | 9/27/2022 |
| United States | 111USCON | METHODS AND SYSTEMS FOR PROCESSING A HIGH CONCENTRATION PROTEIN PRODUCT FROM A MICROCROP AND COMPOSITIONS THEREOF | Pending | 9/26/2022 | 17/952047 | | |
| United States | 112US | APPARATUS AND METHODS FOR GENERATING A HIGH-CONCENTRATION PRODUCT FROM A BLANCHED BIOMASS | Issued | 5/17/2016 | 15/263010 | US/10,194,684 | 2/5/2019 |
| United States | 122USDIV2 | METHODS FOR CONTINUOUSLY BLANCHING A MICROCROP AND HIGH-CONCENTRATION PROTEIN PRODUCTS DERIVED THEREFROM | Issued | 3/17/2019 | 16/358,803 | US/11,457,654 | 10/4/2022 |
| United States | 113US2 | METHODS AND SYSTEM FOR CONVEYING AND TREATING A HARVESTED MICROCROP | Pending | 2/21/2020 | 16/803,792 | | |
| United States | 116USDIV | MICROCROP MILK AND METHODS FOR GENERATING THE SAME | Pending | | | | |
| United States | 115US2 | METHODS AND SYSTEMS FOR PROCESSING A MICROCROP TO GENERATE GREEN FIBER PRODUCT, GREEN FOOD PRODUCT, COLORLESS PROTEIN PRODUCT AND MICROCROP MILK | Issued | 5/22/2023 | 16/887,106 | | |

CONFIDENTIAL AND PROPRIETARY INFORMATION

| | | CULTIVATION, HARVESTING AND PROCESSING OF FLOATING AQUATIC SPECIES WITH HIGH GROWTH | | | | | |
|---|---|---|---|---|---|---|---|
| Viet Nam | 102VN | RATES | Issued | 4/20/2010 | 1-3211-08143 | 1/7/1965 | 11/22/2014 |
| Viet Nam | 104VN | METHOD AND SYSTEM FOR PROCESSING OF AQUATIC SPECIES | Issued | 10/16/2012 | 1-2012-03065 | 24149 | |

Exhibit E -- Intangibles and Intellectual Property -- Internet Domain Names and Websites

| Type of Property | Do You Own This Type of Property | Description | Net Book Value | Valuation Method | Current Value |
|---|---|---|---|---|---|
| Internet Domain | Yes | duckweed.us | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | duckweeds.co | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | duckweeds.org | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | gatlemnature.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | golemnature.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemna.life | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemna.us | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemna.xyz | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnaaquafarm.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnaaquafarms.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnafarm.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnafarm.org | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnafarms.org | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnatr.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnatu.red | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnator.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnatural.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnaturals.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnature.co | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnature.co.uk | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnature.info | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnature.life | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnature.net | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnature.org | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnature.us | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnature.xyz | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnatureaf.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnatureaqua.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnatureaquafarm.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnatureaquafarms.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnaturefarm.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnaturefarms.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnaturefood.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnaturefoods.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnatureinc.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnatureind.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnatureleaf.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnatureprotein.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnatures.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemnatureusa.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | lemntr.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | LENTEIN.COM | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | livelemnature.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | mylemnature.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | PARABEL.COM | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | parabelinc.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | reallygreen.co | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | spirodela.co | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | spirodela.us | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | thermalsource.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | trylemnature.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | waterlenses.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | wolffia.co | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | wolffia.org | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | wolffia.us | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | wolffiaaquafarm.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | wolffiafarm.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | wolffiafarms.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | wolffiella.com | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | wolffiella.org | $0.00 | Net Book Value | $0.00 |
| Internet Domain | Yes | wolffiella.us | $0.00 | Net Book Value | $0.00 |



**Fill in this information to identify the case:**

Debtor name    **LEMNATURE AQUAFARMS CORPORATION**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|

**2.1**  **448127 BC Ltd.**

Creditor's Name

**Anthony Robin Hill
1628 Stephens Street
Vancouver, BC
V6K 3v3 Canada**

Creditor's mailing address

**robin@carewestproperties.com**

Creditor's email address, if known

**Date debt was incurred
4/20/21
Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☐ No

☑ Yes. Specify each creditor, including this creditor and its relative priority.

**1. 448127 BC Ltd.
2. Banack Family LP
3. Bayshore Partners Fund II LP
4. Bayshore Partners Fund II LP
5. BCA Partners Fund LP
6. BCA Partners Fund LP
7. BCA Partners Fund LP
8. Canary Ventures LLC
9. Canary Ventures LLC
10. Canary Ventures LLC
11. Daniel J. Wiethorn
12. Daniel J. Wiethorn
13. Flotex Ventures LLC
14. F**

**Describe debtor's property that is subject to a lien**

**See attached Exhibit D to Schedule B - Propietary and Confidential and Trade Secret Summaries
Convertible notes
All of Company's Intellectual Property
Multiple Creditors have lien on this property**

**Describe the lien**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

| | |
|---|---|
| **$11,960.00** | **Unknown** |

Debtor **LEMNATURE AQUAFARMS CORPORATION**                    Case number (if known) _____
Name

| 2.2 | **Banack Family LP** | Describe debtor's property that is subject to a lien | $16,647.00 | Unknown |

**Banack Family LP**
Creditor's Name

Describe debtor's property that is subject to a lien
**See attached Exhibit D to Schedule B -
Propietary and Confidential and Trade Secret
Summaries
Convertible notes
All of Company's Intellectual Property
Multiple Creditors have lien on this property**

**2050 15th Avenue
Vero Beach, FL 32960**
Creditor's mailing address

Describe the lien

**cheryl@banack.farm**
Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**9/9/22**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Bayshore Partners Fund II LP** | | $42,634.00 | Unknown |

**Bayshore Partners Fund II
LP**
Creditor's Name

Describe debtor's property that is subject to a lien
**See attached Exhibit D to Schedule B -
Propietary and Confidential and Trade Secret
Summaries
Convertible notes
All of Company's Intellectual Property
Multiple Creditors have lien on this property**

**1700 S. MacDill Avenue
Ste. 340
Tampa, FL 33629**
Creditor's mailing address

Describe the lien

**reports@bayshorecap.com**
Creditor's email address, if known

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

Date debt was incurred
**4/20/21**
Last 4 digits of account number

Do multiple creditors have an
interest in the same property?
☐ No
■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Bayshore Partners Fund II LP** | | $15,333.00 | Unknown |

**Bayshore Partners Fund II
LP**
Creditor's Name

Describe debtor's property that is subject to a lien
**See attached Exhibit D to Schedule B -
Propietary and Confidential and Trade Secret
Summaries
Convertible notes
All of Company's Intellectual Property
Multiple Creditors have lien on this property**

**1700 S. MacDill Avenue
Tampa, FL 33629**

Debtor  **LEMNATURE AQUAFARMS CORPORATION**                    Case number (if known) _____
_____
Name

| | |
|---|---|
| Creditor's mailing address | **Describe the lien** |

**reports@baysorecap.com**

Creditor's email address, if known

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**11/19/2021**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Bayshore Partners Fund II LP** | | $16,709.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**See attached Exhibit D to Schedule B - Propietary and Confidential and Trade Secret Summaries**
**Convertible notes**
**All of Company's Intellectual Property**
**Multiple Creditors have lien on this property**

**1700 S. MacDill Avenue**
**Tampa, FL 33629**

Creditor's mailing address

**Describe the lien**

**reports@baysorecap.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**4/19/22**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **BCA Partners Fund LP** | | $42,634.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**See attached Exhibit D to Schedule B - Propietary and Confidential and Trade Secret Summaries**
**Convertible notes**
**All of Company's Intellectual Property**
**Multiple Creditors have lien on this property**

**1700 S. MacDill Avenue**
**Ste. 340**
**Tampa, FL 33629**

Creditor's mailing address

**Describe the lien**

**reports@baysorecap.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**
**4/20/21**

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Debtor  **LEMNATURE AQUAFARMS CORPORATION**                    Case number (if known) _____
        Name

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.7 | **BCA Partners Fund LP** | **Describe debtor's property that is subject to a lien** | $15,333.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
See attached Exhibit D to Schedule B - Propietary and Confidential and Trade Secret Summaries
**Convertible notes**
**All of Company's Intellectual Property**
**Multiple Creditors have lien on this property**

**1700 S. MacDill Avenue Ste. 340 Tampa, FL 33629**

Creditor's mailing address

**Describe the lien**

**reports@bayshorecap.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**11/19/21**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.8 | **BCA Partners Fund LP** | **Describe debtor's property that is subject to a lien** | $16,709.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
See attached Exhibit D to Schedule B - Propietary and Confidential and Trade Secret Summaries
**Convertible notes**
**All of Company's Intellectual Property**
**Multiple Creditors have lien on this property**

**1700 S. MacDill Avenue Ste. 340 Tampa, FL 33629**

Creditor's mailing address

**Describe the lien**

**reports@bayshorecap.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**4/19/22**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

Debtor **LEMNATURE AQUAFARMS CORPORATION**
Name

Case number (if known) _____

---

| 2.9 | **Canary Ventures LLC** | | $2,665.00 | Unknown |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**See attached Exhibit D to Schedule B - Propietary and Confidential and Trade Secret Summaries**
**Convertible notes**
**All of Company's Intellectual Property**
**Multiple Creditors have lien on this property**

**1700 S. MacDIII Avenue**
**Ste. 340**
**Tampa, FL 33629**

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

reports@asacpital.com

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**4/20/21**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Canary Ventures LLC** | | $1,211.00 | Unknown |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**See attached Exhibit D to Schedule B - Propietary and Confidential and Trade Secret Summaries**
**Convertible notes**
**All of Company's Intellectual Property**
**Multiple Creditors have lien on this property**

**1700 S. MacDIII Avenue**
**Ste. 340**
**Tampa, FL 33629**

Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

reports@asacpital.com

Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**11/19/21**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.11 | **Canary Ventures LLC** | | $1,161.00 | Unknown |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**See attached Exhibit D to Schedule B - Propietary and Confidential and Trade Secret Summaries**
**Convertible notes**
**All of Company's Intellectual Property**
**Multiple Creditors have lien on this property**

**1700 S. MacDIII Avenue**
**Ste. 340**
**Tampa, FL 33629**

---

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 12

Debtor  **LEMNATURE AQUAFARMS CORPORATION**                   Case number (if known) _____
_____
Name

| Creditor's mailing address | **Describe the lien** |
|---|---|

**Is the creditor an insider or related party?**

**reports@asacpital.com**
_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**4/19/22**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Unliquidated
☐ Disputed

---

| 2.1 2 | **Daniel J. Wiethorn** | **Describe debtor's property that is subject to a lien** | $12,107.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**See attached Exhibit D to Schedule B -
Propietary and Confidential and Trade Secret
Summaries
Convertible notes
All of Company's Intellectual Property
Multiple Creditors have lien on this property**

**2505 Timber Drive
Cedar Falls, IA 50613**
_____
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

**djwiethorn@yahoo.com**
_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**
**11/19/21**
**Last 4 digits of account number**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

☐ No

☐ Contingent

■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

☐ Unliquidated
☐ Disputed

---

| 2.1 3 | **Daniel J. Wiethorn** | **Describe debtor's property that is subject to a lien** | $2,322.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**See attached Exhibit D to Schedule B -
Propietary and Confidential and Trade Secret
Summaries
Convertible notes
All of Company's Intellectual Property
Multiple Creditors have lien on this property**

**2505 Timber Drive
Cedar Falls, IA 50613**
_____
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**

**djwiethorn@yahoo.com**
_____
Creditor's email address, if known

■ No
☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

■ No

---

Debtor **LEMNATURE AQUAFARMS CORPORATION**                     Case number (if known) _____
            Name

**4/19/22**
**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.1** | |

---

| 2.1 4 | **Flotex Ventures LLC** | **Describe debtor's property that is subject to a lien** | $2,665.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**See attached Exhibit D to Schedule B - Propietary and Confidential and Trade Secret Summaries**
**Convertible notes**
**All of Company's Intellectual Property**
**Multiple Creditors have lien on this property**

**1700 S. MacDill Avenue**
**Ste. 340**
**Tampa, FL 33629**

Creditor's mailing address

**Describe the lien**

reports@asacapital.com

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**4/20/21**
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☐ No | ☐ Contingent |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |
| **Specified on line 2.1** | |

---

| 2.1 5 | **Flotex Ventures LLC** | **Describe debtor's property that is subject to a lien** | $1,211.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

**Describe debtor's property that is subject to a lien**
**See attached Exhibit D to Schedule B - Propietary and Confidential and Trade Secret Summaries**
**Convertible notes**
**All of Company's Intellectual Property**
**Multiple Creditors have lien on this property**

**1700 S. MacDill Avenue**
**Ste. 340**
**Tampa, FL 33629**

Creditor's mailing address

**Describe the lien**

reports@asacapital.com

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/19/21**
**Last 4 digits of account number**

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |

---

Debtor **LEMNATURE AQUAFARMS CORPORATION**
Name

Case number *(if known)* _____

☐ No

☐ Contingent
☐ Unliquidated
☐ Disputed

☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

---

| 2.1 6 | **Flotex Ventures LLC** | Describe debtor's property that is subject to a lien | $1,161.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**See attached Exhibit D to Schedule B - Propietary and Confidential and Trade Secret Summaries**
**Convertible notes**
**All of Company's Intellectual Property**
**Multiple Creditors have lien on this property**

**1700 S. MacDill Avenue Ste. 340 Tampa, FL 33629**
Creditor's mailing address

Describe the lien

**reports@asacapital.com**
Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**4/19/22**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **Frank B. Brosens** | Describe debtor's property that is subject to a lien | $2,561,534.00 | Unknown |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien
**See attached Exhibit D to Schedule B - Propietary and Confidential and Trade Secret Summaries**
**Convertible notes**
**All of Company's Intellectual Property**
**Multiple Creditors have lien on this property**

**c/o Taconic Capital 280 Park Avenue. 5th Floor New York, NY 10017**
Creditor's mailing address

Describe the lien

**fbrosens@taconiccap.com**
Creditor's email address, if known

Is the creditor an insider or related party?
☑ No
☐ Yes

Is anyone else liable on this claim?
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**4/20/21**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
☐ No
☑ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

Debtor  **LEMNATURE AQUAFARMS CORPORATION**
Name                                                                Case number (if known) _____

| 2.1 8 | **Gavin and Sydney McKinney** | | $170,035.00 | Unknown |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**See attached Exhibit D to Schedule B - Propietary and Confidential and Trade Secret Summaries**
**Convertible notes**
**All of Company's Intellectual Property**
**Multiple Creditors have lien on this property**

**#4 Little Hermitage Nassau, Bahamas**
Creditor's mailing address

**Describe the lien**
_____

**gavinmckinney@coralwave .com**
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**4/20/21**
Last 4 digits of account number

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 9 | **H.L. Barentz B.V.** | | $271,157.00 | Unknown |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**See attached Exhibit D to Schedule B - Propietary and Confidential and Trade Secret Summaries**
**Convertible notes**
**All of Company's Intellectual Property**
**Multiple Creditors have lien on this property**

**Saturnusstraat 15, 2132B Hoofddorp, The Netherlands**
Creditor's mailing address

**Describe the lien**
_____

**hidde.vanderwal@barentz. nl**
Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Date debt was incurred**
**4/20/21**
Last 4 digits of account number

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 0 | **John Brosens** | | $64,038.00 | Unknown |

**Describe debtor's property that is subject to a lien**

---

Debtor    **LEMNATURE AQUAFARMS CORPORATION**                    Case number (if known) _____
Name

Creditor's Name

**101 W 12th Street
Apt 4H
New York, NY 10011**

Creditor's mailing address

**Jbrosens92@gmail.com**

Creditor's email address, if known

**Date debt was incurred
4/20/21
Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

**See attached Exhibit D to Schedule B -
Propietary and Confidential and Trade Secret
Summaries
Convertible notes
All of Company's Intellectual Property
Multiple Creditors have lien on this property**

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 1 | **Patrick Fuenz** | | | |

Creditor's Name

Describe debtor's property that is subject to a lien    **$11,611.00**    **Unknown**

**See attached Exhibit D to Schedule B -
Propietary and Confidential and Trade Secret
Summaries
Convertible notes
All of Company's Intellectual Property
Multiple Creditors have lien on this property**

**One Ocean Suite 503
Paradise Island Drive
Nassau, Bahamas**

Creditor's mailing address

**Describe the lien**
_____

**patrick.feuz@outlook.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred
4/19/22
Last 4 digits of account number**

**Do multiple creditors have an
interest in the same property?**
☐ No

■ Yes. Specify each creditor,
including this creditor and its relative
priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | **Roosevelt Neil and
Aguilera** | | | |

Creditor's Name

Describe debtor's property that is subject to a lien    **$11,611.00**    **Unknown**

**See attached Exhibit D to Schedule B -
Propietary and Confidential and Trade Secret
Summaries
Convertible notes
All of Company's Intellectual Property
Multiple Creditors have lien on this property**

**Marciales
UNKNOWN**

Creditor's mailing address

**Describe the lien**

---

Debtor  **LEMNATURE AQUAFARMS CORPORATION**                    Case number (if known) _____
         Name

rooseveltaguilera@yahoo.es

Creditor's email address, if known

**Date debt was incurred**
**4/19/22**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.23 | **Rowdy Global Investments LLC** | | $256,153.00 | Unknown |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**See attached Exhibit D to Schedule B - Propietary and Confidential and Trade Secret Summaries**
**Convertible notes**
**All of Company's Intellectual Property**
**Multiple Creditors have lien on this property**

**Nathan Jenkins**
**450 Laureal Chase Ct.**
**Atlanta, GA 30327**

Creditor's mailing address

**Describe the lien**

jerkinsn@gmail.com

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**4/20/21**
**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
■ Yes. Specify each creditor, including this creditor and its relative priority.
**Specified on line 2.1**

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.24 | **Rowdy Global Investments LLC** | | $128,077.00 | Unknown |

Creditor's Name

**Describe debtor's property that is subject to a lien**
**See attached Exhibit D to Schedule B - Propietary and Confidential and Trade Secret Summaries**
**Convertible notes**
**All of Company's Intellectual Property**
**Multiple Creditors have lien on this property**

**Nathan Jenkins**
**450 Laureal Chase Ct.**
**Atlanta, GA 30327**

Creditor's mailing address

**Describe the lien**

jerkinsn@gmail.com

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**
**4/20/21**

---

Debtor    **LEMNATURE AQUAFARMS CORPORATION**                          Case number (if known) _____

                Name

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 2.2 5 | **Rowdy Global Investments LLC** | | | |
|---|---|---|---|---|
| | Creditor's Name | **Describe debtor's property that is subject to a lien** | $60,537.00 | Unknown |
| | | **See attached Exhibit D to Schedule B - Propietary and Confidential and Trade Secret Summaries** | | |
| | **Nathan Jenkins** | **Convertible notes** | | |
| | **450 Laureal Chase Ct.** | **All of Company's Intellectual Property** | | |
| | **Atlanta, GA 30327** | **Multiple Creditors have lien on this property** | | |
| | Creditor's mailing address | **Describe the lien** | | |

**jerkinsn@gmail.com**

Creditor's email address, if known

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**
**11/19/21**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| **Specified on line 2.1** | ☐ Disputed |

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $3,737,215.00 |
|---|---|---|

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| **Name and address** | **On which line in Part 1 did you enter the related creditor?** | **Last 4 digits of account number for this entity** |
|---|---|---|
| | | |

| Fill in this information to identify the case: |
|---|

Debtor name    **LEMNATURE AQUAFARMS CORPORATION**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Frank Jimenez**<br>**4800 Highway A1A**<br>**Unit 116**<br>**Vero Beach, FL 32963** | $517,000.00 | $15,150.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Employment agreement for severance earned
but not yet paid**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| 3.1 | Nonpriority creditor's name and mailing address<br>**Adams and Rubin Fence, Inc**<br>**4125 49th Ave, Unit 3**<br>**Vero Beach, FL 32967** | $0.00 |

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address<br>**ADP, LLC**<br>**PO Box 842875**<br>**Boston, MA 02284** | $1,605.33 |

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **LEMNATURE AQUAFARMS CORPORATION**
_____     Case number (if known) _____
Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $256,859.73 |
|---|---|---|---|

**Alfa Laval Inc**
**P. O. Box 200081**
**Pittsburgh, PA 15251**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,397.53 |
|---|---|---|---|

**American Drilling Services,**
**405 SW 2nd Street**
**Okeechobee, FL 34974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $123.33 |
|---|---|---|---|

**Apple Machine and Supply Co.**
**5900 Orange Avenue**
**Fort Pierce, FL 34947**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,968.50 |
|---|---|---|---|

**Baker & McKenzie LLP**
**452 Fifth Avenue**
**New York, NY 10018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,850.19 |
|---|---|---|---|

**Birko Corp**
**1300 Altura Rd**
**Ste.125**
**Fort Mill, SC 29708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,258.17 |
|---|---|---|---|

**Bridgefield Casualty Insuran**
**P. O. Box 32034**
**Lakeland, FL 33802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $253.47 |
|---|---|---|---|

**Chemetrics**
**4295 Catlett Rd**
**Midland, VA 22728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **LEMNATURE AQUAFARMS CORPORATION**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.10 | **Nonpriority creditor's name and mailing address**<br>**Coast Pump Water Technologie**<br>**3576 Plover Avenue , Naples,**<br>**Naples, FL 34117**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$1,246.90** |
| 3.11 | **Nonpriority creditor's name and mailing address**<br>**Colony LLC**<br>**5702 La Jolla Hermosa Ave.**<br>**La Jolla, CA 92037**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$22,500.00** |
| 3.12 | **Nonpriority creditor's name and mailing address**<br>**Datasite**<br>**211 N 1st St**<br>**Minneapolis, MN 55401**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$1,163.10** |
| 3.13 | **Nonpriority creditor's name and mailing address**<br>**Dell Corporation**<br>**C/O Dell USA LP**<br>**PO Box 534118**<br>**Atlanta, GA 30353**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$42.79** |
| 3.14 | **Nonpriority creditor's name and mailing address**<br>**EUROFINS CENTRAL ANALYTICAL**<br>**LABORATORIES**<br>**2219 Lakeshore DrivE**<br>**Ste. 500**<br>**New Orleans, LA 70122**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$1,713.24** |
| 3.15 | **Nonpriority creditor's name and mailing address**<br>**EX Machinery**<br>**Tinstraat 33**<br>**CoC: 24346000**<br>**2984 AN Ridderkerk**<br>**Netherlands**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$260.17** |
| 3.16 | **Nonpriority creditor's name and mailing address**<br>**FCCI Insurance Group**<br>**PO Box 405563**<br>**Atlanta, GA 30384**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$9,156.80** |

Debtor    **LEMNATURE AQUAFARMS CORPORATION**                    Case number *(if known)* _____
_____
Name

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $57.45 |

**Florida city gas**
**PO Box 22614**
**Miami, FL 33102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,487.41 |

**Florida Power & Light**
**General Mail Facility**
**Miami, FL 33188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,000.00 |

**GP Companies, Inc.**
**1174 Northland Drive**
**Mendota Heights, MN 55120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $569.26 |

**GreatAmerica Financial Servi**
**PO BOX 660831**
**Dallas, TX 75266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $98,000.00 |

**HAF Equipment**
**1255  Cope Avenue**
**Maplewood, MN 55109**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,146.54 |

**IFM Efector Inc**
**PO Box 8538-307**
**Philadelphia, PA 19171**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |

**Illinois Secretary of State**
**501 S. Second St., Rm. 350**
**Springfield, IL 62756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **LEMNATURE AQUAFARMS CORPORATION**                    Case number *(if known)* _____
_____
Name

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47.85 |

**Indian River County**
**5500 77th St**
**Vero Beach, FL 32967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,429.83 |

**IPFS**
**4902 Eisenhower Blvd S #296**
**Tampa, FL 33634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,446.50 |

**ITOH International Patent Of**
**MARUNOUCHI MY PLAZA**
**16th Floor**
**CHIYODA-KU, MARUNOUCHI 2-1-1**
**JAPAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,340.60 |

**McMaster-Carr**
**P.O.Box 7690**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,366.22 |

**Mobile Mini, Inc.**
**4311 Hwy 301 N**
**Tampa, FL 33610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,211.39 |

**MYBASEPAY USA LLC - ProReli**
**4301 S. Flamingo Road**
**Suite 106-228**
**Davie, FL 33330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,622.07 |

**Nalco Water**
**PO Box 70716**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **LEMNATURE AQUAFARMS CORPORATION**
_____
Name

Case number (if known) _____

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,436.36 |

**Nestle Quality Assurance Cen**
**445 State Street**
**Fremont, MI 49413**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $27,964.00 |

**PLANT FOODS INC**
**P.O. Box 1089**
**Vero Beach, FL 32961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,362.50 |

**Providence Consulting Group,**
**PO Box 933289**
**Cleveland, OH 44193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $292.00 |

**Romer Labs Inc.**
**Department RL**
**P.O. Box 66971**
**Saint Louis, MO 63166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $657.34 |

**RS Americas, Inc.**
**7151 Jack Newell Blvd.**
**Fort Worth, TX 76118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,177.80 |

**Seald Sweet**
**1991 74th Ave Ste. A**
**Vero Beach, FL 32966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,527.38 |

**Staples Advantage**
**PO Box 105748**
**Atlanta, GA 30348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **LEMNATURE AQUAFARMS CORPORATION**
Name                                                                    Case number (if known) _____

| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$262,165.00** |
|---|---|---|---|

**State of Delaware**
**Division of Corporations**
**P.O. Box 5509**
**Binghamton, NY 13902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$216.00** |
|---|---|---|---|

**Tameson**
**Videolab, Torenallee 20**
**5617 BC**
**Netherland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,292.36** |
|---|---|---|---|

**The Home Depot 6336**
**1140 Malabar Road**
**Palm Bay, FL 32907**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,100.62** |
|---|---|---|---|

**Trans-Market, LLC**
**915 Maislin Drive**
**Tampa, FL 33637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$900.00** |
|---|---|---|---|

**VINCENT CORPORATION**
**2810 EAST 5TH AVENUE**
**Tampa, FL 33605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$2,043.47** |
|---|---|---|---|

**Waste Management**
**P.O. Box 4648**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,705.37** |
|---|---|---|---|

**Williams Scotsman**
**PO BOX 91975**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

| Debtor | **LEMNATURE AQUAFARMS CORPORATION** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Fellsmere Joint Venture LLC**<br>**c/o Richard M. Carnell, Jr.**<br>**1900 Old Dixie Highway**<br>**Fort Pierce, FL 34946** | Line _<br><br>☐ Not listed. Explain ____ | _ |

## Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

5.  Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 517,000.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 826,064.57 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 1,343,064.57 |

| Fill in this information to identify the case: |
|---|

Debtor name    **LEMNATURE AQUAFARMS CORPORATION**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
| | State the term remaining | **n/a** | **ADP Workforce Now**<br>**6735 Southpoint Drive**<br>**Ste. 200**<br>**Jacksonville, FL 32216** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Preventative Maintenance Agreement for air compressed equipment** | |
| | State the term remaining | **10/13/23** | **Air Centers of Florida**<br>**7830 Kingspointe Parkway**<br>**Orlando, FL 32819** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Lease, nitrogen storage tank** | |
| | State the term remaining | **n/a** | **Air Products and Chemicals,**<br>**7201 Hamilton Blvd.**<br>**Allentown, PA 18195** |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Software Agreement** | |
| | State the term remaining | **9/30/24** | **Alchemy Systems, LP**<br>**5301 Riata Park Court**<br>**Bldg. F Ste. 100**<br>**Austin, TX 78727** |
| | List the contract number of any government contract | | |

Debtor 1    **LEMNATURE AQUAFARMS CORPORATION**                    Case number (*if known*) _____
 First Name          Middle Name              Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Purchase Order for Membrane Filtration Unit (Work not Complete)** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **ALfa Laval Inc.**<br>**P.O. Box 123227**<br>**Dallas, TX 75312** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Product Purchase Agreement** | |
|---|---|---|---|
| | State the term remaining | **11/30/23** | **Bertoli NA GP Companies**<br>**1174 North Drive**<br>**Saint Paul, MN 55120** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement for chiller equipment** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **Carrier Corporation**<br>**7305 Greenbriar Parkway**<br>**Orlando, FL 32819** |
| | List the contract number of any government contract | | |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **6/11/24** | **Carta**<br>**333 Bush Street**<br>**San Francisco, CA** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription Agreement** | |
|---|---|---|---|
| | State the term remaining | **5/31/24** | **Cesium, Inc.**<br>**dba Knowde**<br>**333 W. San Carlos St.**<br>**San Jose, CA 95110** |
| | List the contract number of any government contract | | |

Debtor 1    **LEMNATURE AQUAFARMS CORPORATION**                              Case number (*if known*) _____
         First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Internet Service** | |
|---|---|---|---|
| | State the term remaining | **n/a** | |
| | List the contract number of any government contract | | **Comcast**<br>**P.O. Box 71211**<br>**Charlotte, NC 28272** |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription Agreement** | |
|---|---|---|---|
| | State the term remaining | **9/29/23** | |
| | List the contract number of any government contract | | **Coupa Software Inc.**<br>**1855 South Grant Street**<br>**San Mateo, CA 94402** |

| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Master Service Agreement for copiers** | |
|---|---|---|---|
| | State the term remaining | **9/12/28** | |
| | List the contract number of any government contract | | **Dex Imaging, LLC**<br>**5109 W. Lemon Street**<br>**Tampa, FL 33609** |

| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment License Agreement** | |
|---|---|---|---|
| | State the term remaining | **9/12/28** | |
| | List the contract number of any government contract | | **Dex Imaging, LLC**<br>**5109 W. Lemon Street**<br>**Tampa, FL 33609** |

| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Premium Finance Agreement, Property, General Liability, Auto, Umbrella and Inland Marine Insurance** | |
|---|---|---|---|
| | State the term remaining | **n/a** | |
| | List the contract number of any government contract | | **FCCI Insurance Group**<br>**P.O. Box 405563**<br>**Atlanta, GA 30384** |

Debtor 1  **LEMNATURE AQUAFARMS CORPORATION**                        Case number (*if known*) _____
          First Name       Middle Name         Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Farm Lease Agreement for the real estate located at 7898 S. Headwaters Commerce Street, Fellsmere, FL 32948**
**12/31/36**

**Fellsmere Joint Venture LLC**
**7735 County Road 512**
**Fellsmere, FL 32948**

---

**2.16.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Farm Lease for the real estate located at 455 146th Avenue, Vero Beach, FL 32968**
**12/31/37**

**Florida Power & Light Co.**
**700 Universe Blvd.**
**North Palm Beach, FL 33408**

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Capital Expenditure Agreement for improvemtents to property located at 455 146th Avenue, Vero Beach, FL 32968**
**10/1/24**

**Florida Power & Light Co.**
**700 Universe Blvd.**
**North Palm Beach, FL 33408**

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Employment Agreement (Owed Severance Payment of $517K Upon Termination) Renewed Annually (3/1/24)**
**through 3/1/24**

**Frank Jimenez**
**4800 Highway A1A, Unit 116**
**Vero Beach, FL 32963**

Debtor 1    **LEMNATURE AQUAFARMS CORPORATION**                                    Case number *(if known)* _____

     First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **SOW Advisory Services re Coupa** | |
|---|---|---|---|
| | State the term remaining | **12/21/23** | **Grant Thornton LLP**<br>**1717 Main St. ste. 1800**<br>**Flower Mound, TX 75022** |
| | List the contract number of any government contract | | |

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Statement of Works for Tax Compliance Services** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **Grant Thornton LLP**<br>**1717 Main St. ste. 1800**<br>**Flower Mound, TX 75022** |
| | List the contract number of any government contract | | |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Preparation of 2022 Income Tax Returns** | |
|---|---|---|---|
| | State the term remaining | | **Grant Thornton LLP**<br>**1717 Main Street**<br>**Suite 1800**<br>**Dallas, TX 75022** |
| | List the contract number of any government contract | | |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Online Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **4/12/25** | **Information & Computing Services, Inc.**<br>**RF Smart Ste. F-601**<br>**3563 Phillps Highway**<br>**Jacksonville, FL 32207** |
| | List the contract number of any government contract | | |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Internal Revenue Service -- ERC Refund** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **Internal Revenue Service**<br>**7410 S. US Hwy 1**<br>**Port Saint Lucie, FL 34952** |
| | List the contract number of any government contract | | |

Debtor 1   **LEMNATURE AQUAFARMS CORPORATION**                                    Case number *(if known)* _____
     First Name        Middle Name        Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Premium Finance Agreement, property and equipment breakdown insurance for 455 146th Avenue, Vero Beach, FL 32968** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **IPFS Corporation 3522 Thomasvile Road Ste. 400 Tallahassee, FL 32309** |
| | List the contract number of any government contract | | |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Premium Finance Agreement, D&O Insurance** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **IPFS Corporation 3522 Thomasville Road Ste. 400 Tallahassee, FL 32309** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Standard Halal Service Agreement** | |
|---|---|---|---|
| | State the term remaining | **12/31/26** | **Islamic Services of America P.O. Box 8268 Cedar Rapids, IA 52408** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Leases, conex storage trailers** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **Mobile Mini Solutions 4646 East Van Buren Phoenix, AZ 85008** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Managed Services Consulting SOW#2** | |
|---|---|---|---|
| | State the term remaining | **4/30/24** | **Myers-Holum, Inc. 244 Madison Ave. Ste. 217 New York, NY 10016** |
| | List the contract number of any government contract | | |

Debtor 1   **LEMNATURE AQUAFARMS CORPORATION**

First Name        Middle Name        Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Master Services Agreement & Addendum** | |
|---|---|---|---|
| | State the term remaining | **5/2/24** | **net Directive Technologies dba Artemis 780 S. Apollo Blvd. Melbourne, FL 32901** |
| | List the contract number of any government contract | | |

| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | **Liquefied Natural Gas Purchase, Sales and Delivery Agreement Auto renew upon mutual agreement** | |
|---|---|---|---|
| | State the term remaining | | **New Fortress Energy Marketing LLC 700 NW 1st Ave. Ste. 700 Miami, FL 33136** |
| | List the contract number of any government contract | | |

| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription Services Agreement** | |
|---|---|---|---|
| | State the term remaining | **10/31/23** | **Oracle America, Inc. Netsuite 2300 Oracle Way Austin, TX 78741** |
| | List the contract number of any government contract | | |

| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | **Subscription Agreement** | |
|---|---|---|---|
| | State the term remaining | **11/18/23** | **Oracle Netsuite Bank of America Lockbox Services 15612 Collections Center Drive Chicago, IL 60693** |
| | List the contract number of any government contract | | |

| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | **Equipment Purchase Agreement (Credit for Future Purchases)** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **Permionics Global Technologies, LLP Khadol (u) Road,Taluka Anklav, Village Umeta District Anand 38850** |
| | List the contract number of any government contract | | |

Debtor 1 **LEMNATURE AQUAFARMS CORPORATION**

First Name      Middle Name      Last Name      Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.34.** State what the contract or lease is for and the nature of the debtor's interest — **Engagement Agreement** | |
| State the term remaining — **1/23/24** | |
| List the contract number of any government contract | **Raymond James**<br>**P.O. Box 23603**<br>**Saint Petersburg, FL 33742** |
| **2.35.** State what the contract or lease is for and the nature of the debtor's interest — **Engagement Agreement for Audit of Financial Statements** | |
| State the term remaining — **n/a** | **RSM**<br>**333 S. Garland Ave.**<br>**Ste. 1410** |
| List the contract number of any government contract | **Orlando, FL 32801** |
| **2.36.** State what the contract or lease is for and the nature of the debtor's interest — **Subscription Agreement** | |
| State the term remaining — **7/17/24** | **Rubrik**<br>**Directive Technologies, Inc.**<br>**dba Artemis** |
| List the contract number of any government contract | **780 S. Apollo Bvdl.**<br>**Melbourne, FL 32901** |
| **2.37.** State what the contract or lease is for and the nature of the debtor's interest — **Master Subscription Agreement** | |
| State the term remaining — **12/30/24** | |
| List the contract number of any government contract | **Safety Chain**<br>**7599 Redwood Blvd., Ste. 205**<br>**Novato, CA 94945** |
| **2.38.** State what the contract or lease is for and the nature of the debtor's interest — **Sublease for portion (Suite B) of the office building located at 1991 74th Avenue, Vero Beach, FL 32966** | |
| State the term remaining — **3/29/24** | **Seald Sweet, LLC**<br>**1991 74th Avenue** |
| List the contract number of any government contract | **Vero Beach, FL 32966** |

Debtor 1  **LEMNATURE AQUAFARMS CORPORATION**                    Case number *(if known)* _____
             First Name         Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | **4 accounts<br>Internet Service** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **Starlink<br>3300 Fujita Street<br>Torrance, CA 90505** |
| | List the contract number of any government contract | | |

| 2.40. | State what the contract or lease is for and the nature of the debtor's interest | **Internat & Data Services Account #979933198** | |
|---|---|---|---|
| | State the term remaining | **n/a** | **T-Mobile<br>PO Box 742596<br>Cincinnati, OH 45274** |
| | List the contract number of any government contract | | |

| 2.41. | State what the contract or lease is for and the nature of the debtor's interest | **Engagement Letter** | |
|---|---|---|---|
| | State the term remaining | **12/31/23** | **Thomas Humphreys<br>30 Brearly Road<br>Princeton, NJ 08540** |
| | List the contract number of any government contract | | |

| 2.42. | State what the contract or lease is for and the nature of the debtor's interest | **Agreement for Kosher certification** | |
|---|---|---|---|
| | State the term remaining | **12/31/23** | **Union of Otrhodox Jewish Congregations of America<br>Kashruth Division<br>40 Recotr Street<br>New York, NY 10006** |
| | List the contract number of any government contract | | |

| 2.43. | State what the contract or lease is for and the nature of the debtor's interest | **Software Agreement** | |
|---|---|---|---|
| | State the term remaining | **2/9/24** | **Upkeep Technologies, Inc.<br>10880 Wilshire Blvd.<br>Los Angeles, CA 90024** |
| | List the contract number of any government contract | | |

Debtor 1   **LEMNATURE AQUAFARMS CORPORATION**                                    Case number *(if known)* _____
           First Name        Middle Name         Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.44. | State what the contract or lease is for and the nature of the debtor's interest | **Master License & Services Agreement for IP software** | |
|---|---|---|---|
| | State the term remaining | **11/15/23** | **Wellspring Worldwide, Inc. 954 W. Washington Blvd. Ste. 750 Chicago, IL 60607** |
| | List the contract number of any government contract | | |

| 2.45. | State what the contract or lease is for and the nature of the debtor's interest | **Lease, office trailer (Trailer A) Contract #1594390 first day of rent 3/17/22, minimum of 24 months billing** | |
|---|---|---|---|
| | State the term remaining | **3/17/22** | **William Scotsman, Inc. 375 Kelly Drive West Palm Beach, FL 33411** |
| | List the contract number of any government contract | | |

| 2.46. | State what the contract or lease is for and the nature of the debtor's interest | **Lease, office trailer (Trailer B) Contract #1577933 first day of rent 3/17/22, minimum of 24 months billing** | |
|---|---|---|---|
| | State the term remaining | **3/17/22** | **William Scotsman, Inc. 375 Kelly Drive West Palm Beach, FL 33411** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **LEMNATURE AQUAFARMS CORPORATION**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | Street<br><br>City          State          Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name    **LEMNATURE AQUAFARMS CORPORATION**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$255,629.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **LEMNATURE AQUAFARMS CORPORATION**                          Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Medallion Labs**<br>**9000 Plymouth Ave. N.**<br>**Minneapolis, MN 55427** | **5/25/23 $783**<br>**6/9/23 $1365**<br>**6/22/23 $390**<br>**7/13/23**<br>**$2340**<br>**7/27/23**<br>**$1821**<br>**8/11/23**<br>**$2340** | **$9,036.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.2. **Reliable Septic & Services**<br>**P.O. Box 1116**<br>**Vero Beach, FL 32961** | **5/25/23**<br>**$1000**<br>**6/15/23**<br>**$2000**<br>**6/22/23**<br>**$2170**<br>**7/5/23 $2000**<br>**7/13/23**<br>**$1500**<br>**7/27/23**<br>**$1920**<br>**8/2/23 $1500**<br>**8/11/23**<br>**$1500**<br>**8/17/23**<br>**$1500**<br>**8/23/23**<br>**$1170** | **$16,260.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. **BB&T Retirement and Institutional Services**<br>**P.O. Box 896752**<br>**Charlotte, NC 28289** | **5/25/23**<br>**$19996.21**<br>**6/8/23**<br>**$18,165.83**<br>**6/22/23**<br>**$18,879.81**<br>**7/6/23**<br>**$18,805.72**<br>**7/20/23**<br>**$18,320.98**<br>**8/3/23**<br>**$18,256.46** | **$112,425.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. **Bay Port Valve and Fitting Inc.**<br>**P.O. Box 315**<br>**Mulberry, FL 33860** | **5/26/23**<br>**$3468.51**<br>**6/12/23**<br>**$1516.46**<br>**6/18/23**<br>**$704.17**<br>**6/26/23**<br>**$1838.56**<br>**7/11/23**<br>**$1127.20**<br>**7/13/23**<br>**$250.24**<br>**7/28/23**<br>**$917.50**<br>**8/11/23**<br>**$83.54** | **$9,906.48** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor  **LEMNATURE AQUAFARMS CORPORATION**                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.5. **Nestle Quality Assurance Center** **445 State Street** **Fremont, MI 49413** | 5/26/23 $1709.02 6/9/23 $1450.28 6/12/23 $257.24 6/18/23 $3079.86 6/26/23 $687.57 7/11/23 $972.61 7/13/23 $1225.29 7/26/23 $244.21 7/28/23 $292.70 8/11/23 $1416.59 8/18/23 $1031.94 | $12,367.31 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.6. **Myers-Holum, Inc.** **244 Madison Avenue** **Ste. 217** **New York, NY 10016** | 5/26/23 $1092.50 6/18/23 $380 7/13/23 $2973.51 8/3/23 $2731.25 8/18/23 $437 | $7,614.26 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.7. **Quality Analytical Laboratories** **P.O. Box 16002** **Panama City, FL 32406** | 5/26/23 $1440 7/13/23 $1020 8/3/23 $520 8/11/23 $3880 8/18/23 $720 | $7,580.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.8. **Sunbelt Rentals** **P.O. Box 409211** **Atlanta, GA 30384** | 5/26/23 $47,254.56 6/9/23 $8337.25 6/12/23 $2351.75 6/18/23 $2179.25 6/26/23 $7992.50 7/13/23 $2409.25 7/26/23 $26,312.80 7/28/23 $8682.50 8/18/23 $10,125.75 | $115,645.61 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Rental Equipment** |

Debtor  **LEMNATURE AQUAFARMS CORPORATION**                Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **Grant Thornton LLP** <br> **1717 Main Street, Ste. 1800** <br> **Flower Mound, TX 75022** | **5/26/23** | **$8,480.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other___ |
| 3.10. **Cliff Berry, Inc.** <br> **P.O. Box 13079** <br> **Fort Lauderdale, FL 33316** | **5/26/23** <br> **$17,729.60** <br> **6/9/23** <br> **$9152.35** <br> **6/12/23** <br> **$10,609.30** <br> **6/18/23** <br> **$27,079.33** <br> **6/26/23** <br> **$14,833.94** <br> **7/11/23** <br> **$7093.79** <br> **7/16/23** <br> **$14,394.22** <br> **7/26/23** <br> **$7232.77** <br> **8/3/23** <br> **$18,314.56** <br> **8/11/23** <br> **$9403.77** | **$135,843.63** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other___ |
| 3.11. **Eduardo Gonzalez** <br> **4325 Canby Drive** <br> **Vero Beach, FL 32966** | **5/26/23** <br> **$6300** <br> **7/13/23** <br> **$9150** <br> **8/3/23 $9000** | **$24,450.00** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other___ |
| 3.12. **Amazon.com** <br> **P.O. Box 035184** <br> **Seattle, WA 98124** | **5/26/23** <br> **$926.66** <br> **6.9/23** <br> **$3237.40** <br> **6/12/23** <br> **$6273** <br> **6/18/23** <br> **$699.49** <br> **6/26/23** <br> **$1451.31** <br> **7/11/23** <br> **$1542.80** <br> **7/13/23** <br> **$1519.60** <br> **7/26/23** <br> **$590.70** <br> **8/11/23** <br> **$1979.26** <br> **8/18/23** <br> **$1231.48** | **$19,451.70** | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other_ **Supplies** _ |

Debtor    **LEMNATURE AQUAFARMS CORPORATION**                                Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.13. **Grainger, Inc.**<br>**Dept. 872633730**<br>**P.O. Box 419267**<br>**Kansas City, MO 64141** | **5/26/23**<br>**$11,214.55**<br>**6/9/23**<br>**$4854.84**<br>**6/12/23**<br>**$3539.04**<br>**6/26/23**<br>**$2860.28**<br>**7/11/23**<br>**$5798.74**<br>**7/13/23**<br>**$9429.36**<br>**7/26/23**<br>**$9046.64**<br>**7/28/23**<br>**$1075.86**<br>**8/11/23**<br>**$2837.11**<br>**8/18/23**<br>**$2480.14** | **$53,136.56** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Supplies** |
| 3.14. **Fellsmere Joint Venture LLC**<br>**ATTN Dawn Cosner 7735**<br>**Country Road 512**<br>**Fellsmere, FL 32948** | **6/1/23**<br>**$7887.51**<br>**8/11/23**<br>**$16,248.14** | **$24,135.65** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Rent** |
| 3.15. **Fedex**<br>**P.O. Box 660481**<br>**Dallas, TX 75266** | **6/1/23**<br>**$1565.09**<br>**6/15/23**<br>**$116.51**<br>**7/5/23**<br>**$960.67**<br>**7/13/23**<br>**$735.30**<br>**8/2/23**<br>**$347.56**<br>**8/11/23**<br>**$1434.25**<br>**8/23/23**<br>**$1418.50** | **$6,577.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other ___ |
| 3.16. **Bridgefield Casualty Insurance Company**<br>**P.O. Box 32034**<br>**Lakeland, FL 33802** | **6/5/23**<br>**$9444.69**<br>**7/5/23**<br>**$7258.17** | **$16,702.86** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.17. **FCCI Insurance Group**<br>**P.O. Box 405563**<br>**Atlanta, GA 30384** | **6/5/23**<br>**$9415.36**<br>**6/8/23**<br>**$9315.28**<br>**7/10/23**<br>**$9156.80** | **$27,887.44** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |

Debtor    LEMNATURE AQUAFARMS CORPORATION    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.18. **Tricore, Inc.** **300 E. New Haven Ave.** **Melbourne, FL 32901** | **6/5/23** **$41,301.10** **6/18/23** **$1735.** **7/13/23** **$16,385** **8/3/23 $2980** **8/18/23** **$23,105** | **$85,506.10** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.19. **Florida Power & Light** **General Mail Facility** **Miami, FL 33188** | **6/6/23** **$4607.85** **6/6/23** **$101.75** **6/6/23** **$109.16** **6/6/23** **$113.57** **6/7/23** **$7895.72** **6/7/23** **$529.87** **6/7/23** **$28562.88** **7/6/23** **$8184.24** **7/6/23** **$4784.55** **7/6/23** **$705.95** **7/6/23** **$30,125.98** **7/6/23** **$105.34** **7/10/23** **$155.90** **7/28/23** **$2731.56** | **$88,714.32** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.20. **Blue Goose Construction LLC** **P.O. Box 14709** **Fort Pierce, FL 34979** | **6/9/23** **$4648.26** **7/27/23** **$29,343** | **$33,991.26** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

Debtor   **LEMNATURE AQUAFARMS CORPORATION**                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.21. **United Rentals (North America), Inc.** <br> P.O. Box 100711 <br> Atlanta, GA 30384 | 6/9/23 <br> $2989.35 <br> 6/12/23 <br> $4615.35 <br> 6/18/23 <br> $13,112.42 <br> 6/22/23 <br> $13,005.72 <br> 7/11/23 <br> $2655 <br> 7/26/23 <br> $397.80 <br> 7/28/23 <br> $11,238.06 <br> 8/3/23 <br> $10,594.88 <br> 8/18/23 <br> $8747.03 | $67,355.61 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ■ Other __Rental Equipment__ |
| 3.22. **Vero Beach Hotel Group, LLC** <br> 5155 20th Street <br> Vero Beach, FL 32966 | 6/9/23 <br> $1077.81 <br> 6/18/23 <br> $1420.80 <br> 7/11/23 <br> $2907.09 <br> 7/28/23 <br> $2676.21 <br> 8/3/23 <br> $2057.94 <br> 8/11/23 <br> $342.99 <br> 8/18/23 <br> $228.66 | $10,711.50 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other___ |
| 3.23. **Workable, Inc.** <br> 99 High Street <br> 26th Floor <br> Boston, MA 02110 | 6/9/23 | $12,020.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other___ |
| 3.24. **Datasite** <br> P.O. Box 74007252 <br> Chicago, IL 60674 | 6/9/213 <br> $7877.59 <br> 7/11/23 <br> $2758.56 <br> 8/11/23 <br> $1501.95 | $12,138.10 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other___ |
| 3.25. **GL Staffing Services, Inc.** <br> P.O. Box 934669 <br> Pompano Beach, FL 33093 | 6/9/23 <br> $11,250 <br> 7/13/23 <br> $6240 | $17,490.00 | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ■ Services <br> ☐ Other___ |

Debtor    LEMNATURE AQUAFARMS CORPORATION _____    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.26. **Plant Foods Inc.**<br>**P.O. Box 1089**<br>**Vero Beach, FL 32961** | **6/9/23 $500**<br>**6/15/23**<br>**$5885.60**<br>**7/5/23**<br>**$2509.20**<br>**7/27/23**<br>**$57,017.02**<br>**8/11/23**<br>**$57,017.02** | **$122,928.84** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Supplies** |
| 3.27. **Raymond James & Associates, Inc.**<br>**P.O. Box 23603**<br>**Saint Petersburg, FL 33742** | **6/9/23**<br>**$30,000**<br>**7/11/23**<br>**$30,000**<br>**8/3/23**<br>**$30,000** | **$90,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.28. **McMaster-Carr**<br>**P.O. Box 7690**<br>**Chicago, IL 60680** | **6/9/23**<br>**$1831.06**<br>**6/12/23**<br>**$2406.39**<br>**6/18/23**<br>**$886.25**<br>**6/26/23**<br>**$2154.92**<br>**7/11/23**<br>**$975.72**<br>**7/13/23**<br>**$392.18**<br>**7/26/23**<br>**$1729.14**<br>**7/28/23**<br>**$1189.98**<br>**8/11/23**<br>**$772.07**<br>**8/18/23**<br>**$275.06** | **$12,612.77** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Supplies** |
| 3.29. **Cigna Healthcare**<br>**2701 N. Rocky Point Drive**<br>**Ste. 800**<br>**Tampa, FL 33607** | **6/12/23**<br>**$5826.48**<br>**6/20/23**<br>**$64,177.93**<br>**7/12/23**<br>**$5280.09**<br>**7/20/23**<br>**$78,735.25** | **$154,019.75** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.30. **eShares, Inc dba Carta, Inc.**<br>**333 Bush Street, Ste. 2300**<br>**San Francisco, CA 94104** | **6/12/23** | **$23,272.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   **LEMNATURE AQUAFARMS CORPORATION**                          Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.31. **Mutual of Omaha**<br>P.O. Box 2147<br>Payment Processing Center<br>Omaha, NE 68103 | 6/12/23<br>$5548.35<br>7/10.23<br>$5734.73 | $11,283.09 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☑ Other **Insurance** |
| 3.32. **Artemis**<br>780 S. Apollo Blvd., Ste. 100<br>Melbourne, FL 32901 | 6/12/23<br>$9045.29<br>7/28/23<br>$12,991.75 | $22,037.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other __ |
| 3.33. **Gerard Ferrara PE, LLC**<br>1638 Center Street<br>Point Pleasant Beach, NJ 08742 | 6/12/23<br>$57,751.51<br>8/14/23<br>$26,702.01<br>8/18/23<br>$5607.56 | $90,061.08 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other __ |
| 3.34. **James R. Tanenbaum LLC**<br>870 United Nations Plaza<br>New York, NY 10017 | 6/12/23<br>$5000<br>7/11/23<br>$5000<br>8/11/23<br>$5000 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other __ |
| 3.35. **Kirk R. Willard**<br>228814 Skyline Lane<br>Wausau, WI 54403 | 6/12/23<br>$13,945.47<br>7/28/23<br>$6647.85<br>8/11/23<br>$13,449.86 | $34,043.18 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other __ |
| 3.36. **New Fortress Energy Marketing LLC**<br>111 W 19th Street<br>2nd Floor<br>New York, NY 10011 | 6/12/23<br>$11,443.62<br>7/13/23<br>$12,646.70<br>8/11/23<br>$20,869.90 | $44,960.22 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other __ |
| 3.37. **Sepsol Process Solutions**<br>4717 Campus Drive, Ste. 1900<br>Kalamazoo, MI 49008 | 6/12/23<br>$2978.36<br>6/18/23<br>$2110<br>6/27/23<br>$5575.50<br>7/11/23<br>$15,277.03 | $25,940.89 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☑ Services<br>☐ Other __ |

Debtor    LEMNATURE AQUAFARMS CORPORATION    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.38. **Graybar, Inc.** 11250 NW 91st St. Miami, FL 33178 | **6/12/23** $3675.44 **6/26/23** $546.58 **7/11/23** $1332.98 **7/13/23** $5090.22 | **$10,645.22** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☑ Services ☐ Other___ |
| 3.39. **Aramark Uniform Service** P.O. Box 731676 Dallas, TX 75373 | **6/15/23** $5342.48 **7/27/23** $2902.74 **8/11/23** $2351.03 **8/17/23** $2893.82 | **$13,490.07** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Supplies** |
| 3.40. **Glover Oil, Inc.** P.O. Box 790 Melbourne, FL 32902 | **6/15/23** $332.27 **7/5/23** $3177.97 **7/13/23** $243.68 **7/20/23** $634.48 **7/27/23** $1425.44 **8/2/23** $882.07 **8/23/23** $2285.37 | **$8,981.28** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Supplies** |
| 3.41. **Donaldson Company, Inc.** P.O. Box 207356 Dallas, TX 75320 | **6/18/23** $10,004.54 **6/26/23** $6236.53 **7/11/23** $9321.14 | **$25,562.21** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Supplies** |
| 3.42. **IKA-Works, Inc.** P.O. Box 890161 Charlotte, NC 28289 | **6/18/23** | **$8,059.77** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Supplies** |
| 3.43. **IPFS Corporation** P.O. Box 730223 Dallas, TX 75373 | **6/19/23** $9429.83 **7/20/23** $9429.83 **7/11/23** $400,000 **7/13/23** $42809.15 | **$461,668.81** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☑ Other **Insurance** |

Debtor   **LEMNATURE AQUAFARMS CORPORATION**  _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.44. **Premier Citrus**<br>625 66th Avenue SW<br>Vero Beach, FL 32968 | 6/22/23 | $41,655.21 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Supplies** |
| 3.45. **Williams Scotsman, Inc.**<br>P.O. Box 91975<br>Chicago, IL 60693 | 6/23/23<br>$6072.89<br>7/27/23<br>$5350.45 | $11,423.34 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Office Trailers** |
| 3.46. **Mobile Mini, Inc.**<br>4646 E. Van Buren St.<br>Ste. 400<br>Phoenix, AZ 85008 | 6/23/23<br>$9339.37<br>8/1/23<br>$9655.96 | $18,995.33 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Storage Units** |
| 3.47. **Baker & McKenzie LLP**<br>452 Fifth Avenue<br>New York, NY 10018 | 6/29/23 | $10,724.07 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.48. **Alfa Laval Inc.**<br>P.O. Box 123227<br>Dallas, TX 75312 | 7/5/23 | $83,519.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Equipment** |
| 3.49. **Gp Companies, Inc.**<br>NW 5977<br>P.O. Box 1450<br>Minneapolis, MN 55485 | 7/11/23<br>$5000<br>7/28/23<br>$5000<br>8/3/23 $5000 | $15,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Equipment** |
| 3.50. **Oracle Netsuite Inc.**<br>Bank of America Lockbox Services<br>15612<br>Collections Center Drive<br>Chicago, IL 60693 | 7/11/23 $297<br>8/11/23<br>$29,886.74 | $30,183.74 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Software** |
| 3.51. **Russell Finex Inc.**<br>625 Eagleton Downs Dr.<br>P.O. Box 69<br>Pineville, NC 28134 | 7/11/23<br>$267.66<br>7/17/23<br>$7500.01 | $7,767.67 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Equipment** |

Debtor    LEMNATURE AQUAFARMS CORPORATION                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.52. **Seald Sweet International** c/o KBC Bank Lockbox #142 1177 Ave of the Americas ICM Dept. New York, NY 10036 | **7/11/23** **$13443.70** **7/13/23** **$1065.26** **7/26/23** **$7385.86** | **$21,894.82** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Rent** |
| 3.53. **Urschel Laboratories Inc.** P.O. Box 856299 Minneapolis, MN 55485 | **7/11/23** | **$44,078.91** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Equipment** |
| 3.54. **ChemWOrld** 452 E. Silverado Blvd. Las Vegas, NV 89183 | **7/11/23** **$1559.95** **7/13/23** **$12799.98** | **$14,359.93** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Supplies** |
| 3.55. **Superior Skilled Trades LLC** 5830 West Cypress St. Ste. D Tampa, FL 33607 | **7/13/23** **$37440** **8/3/23** **$10608** | **$48,048.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Services** |
| 3.56. **Salesforce** Salesforce Tower 415 Mission Street, 3rd Floor San Francisco, CA 94105 | **7/13/23** | **$17,109.88** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Software** |
| 3.57. **Mayer Brown LLP** 311 West Monroe Street Chicago, IL 60606 | **7/16/23** | **$34,369.45** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other __ |
| 3.58. **Thomas A. Humphreys Attorney PLLC** 30 Brearly Road Princeton, NJ 08540 | **7/16/23** **$6000** **8/11/23** **$6000** | **$12,000.00** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other __ |
| 3.59. **Carrier Corporation** 29917 Network Place Chicago, IL 60673 | **7/17/23** | **$62,175.70** | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Equipment** |

Debtor   LEMNATURE AQUAFARMS CORPORATION _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.60. **Ecolab, Inc.** P.O. Box 32027 New York, NY 10087 | 7/26/23 $4704.97 7/28/23 $1697.83 8/18/23 $3466.48 | $9,869.28 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.61. **Motion Industries** P.O. Box 98412 Chicago, IL 60693 | 7/26/23 $29.02 8/3/23 $5683.78 8/11/23 $571.44 | $6,294.24 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Supplies** |
| 3.62. **Amalgamated Research LLC** 2531 Orchard Drive East Twin Falls, ID 83301 | 7/26/23 $10,000 7/28,23 $20,000 8/3/23 $12,333.31 | $42,333.31 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Equipment** |
| 3.63. **American Drilling Services, Inc.** 405 SW 2nd Street Okeechobee, FL 34974 | 7/28/23 | $24,397.53 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.64. **Process Technologies, Inc.** 9404 E. Broadway Ave. Tampa, FL 33619 | 7/28/23 | $7,278.13 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Equipment** |
| 3.65. **Barton Executive Search, Inc.** 4401 Northside Parkway NW Ste. 350 Atlanta, GA 30327 | 8/3/23 $963.41 8/11/23 $63,270 | $64,233.41 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.66. **Gras Associates, LLC** Park Ave. Ste. 500 Rockville, MD 20852 | 8/3/23 | $17,500.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |
| 3.67. **Air Centers of Florida** 9311 Solar Drive Tampa, FL 33619 | 8/3/23 | $11,212.36 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ■ Services ☐ Other___ |

Debtor  **LEMNATURE AQUAFARMS CORPORATION**                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.68. **RSM US LLP**<br>333 S. Garland Avenue<br>Ste. 1410<br>Orlando, FL 32801 | 8/10/23 | $18,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.69. **Nutrasource**<br>120 Reaserch Lane<br>Ste. 203<br>Guelph, ON N1G0B4 Canada | 8/11/23 | $10,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.70. **American Wholesale Fence Works LLC**<br>271 Southridge Industrial Drive<br>Tavares, FL 32778 | 8/11/23 | $22,990.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_**Supplies**_ |
| 3.71. **Wedgeworth Farms, Inc.**<br>651 NW 9th St.<br>Belle Glade, FL 33430 | 8/17/23 | $10,378.50 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other_**Supplies**_ |
| 3.72. **Colony, LLC**<br>5702 La Jolla Hermosa Ave.<br>La Jolla, CA 92037 | June 2, 2023 | $16,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

    ■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
    List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

    ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
    List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

Debtor    **LEMNATURE AQUAFARMS CORPORATION**                              Case number *(if known)*

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. | | |
| | List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

## Part 6:    Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor    **LEMNATURE AQUAFARMS CORPORATION**                                   Case number *(if known)*

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kosto & Rotella, PA** <br> **1517 E. Robinston Street** <br> **Orlando, FL 32801** | | **8/21/2023** | **$7,500.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Kosto & Rotella, PA** <br> **1517 E. Robinston Street** <br> **Orlando, FL 32801** | | **8/8/2023** | **$10,000.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **455 146th Avenue** <br> **Vero Beach, FL 32968** | **2/14/2017-present** |
| 14.2. | **7898 S. Headwaters Commerce Street** <br> **Fellsmere, FL 32948** | **11/17/2015-present** |

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:

Debtor    **LEMNATURE AQUAFARMS CORPORATION**    Case number *(if known)*

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

---

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

☐ No Go to Part 10.
■ Yes. Fill in below:

Name of plan                                              Employer identification number of the plan
**Lemnature AquaFarms 401k Plan**                          EIN:    **46-2359555**

Has the plan been terminated?
■ No
☐ Yes

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor   **LEMNATURE AQUAFARMS CORPORATION**                 Case number *(if known)*

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

**Part 11:**  **Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

---

**Part 12:**  **Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**  **Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

Debtor    **LEMNATURE AQUAFARMS CORPORATION** _____    Case number *(if known)* _____

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

    ■ None

| Name and address | Date of service From-To |
|---|---|
|  |  |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **RSM**<br>**333 S. Garland Ave.**<br>**Ste. 1410**<br>**Orlando, FL 32801** |  |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

    ■ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
|  |  |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

    ☐ None

| Name and address |
|---|
| 26d.1.   **Bayshore Partners Fund II LP**<br>**1700 S. MacDill Avenue**<br>**Tampa, FL 33629** |
| 26d.2.   **BCA Partners Fund LP**<br>**1700 S. MacDill Avenue**<br>**Ste. 340**<br>**Tampa, FL 33629** |
| 26d.3.   **Flotex Ventures LLC**<br>**1700 S. MacDill Avenue**<br>**Ste. 340**<br>**Tampa, FL 33629** |
| 26d.4.   **Canary Ventures LLC**<br>**1700 S. MacDIll Avenue**<br>**Ste. 340**<br>**Tampa, FL 33629** |
| 26d.5.   **Daniel J. Wiethorn**<br>**2505 Timber Drive**<br>**Cedar Falls, IA 50613** |
| 26d.6.   **Roosevelt Neil and Aguilera**<br>**Marciales**<br>**UNKNOWN** |
| 26d.7.   **Patrick Fuenz**<br>**One Ocean Suite 503**<br>**Paradise Island Drive**<br>**Nassau, Bahamas** |

Debtor    **LEMNATURE AQUAFARMS CORPORATION**                          Case number *(if known)*

| Name and address |
|---|
| 26d.8.   **Banack Family**<br>**2050 15th Avenue**<br>**Vero Beach, FL 32960** |
| 26d.9.   **H.L. Barentz B.V.**<br>**Saturnusstraat 15, 2132B**<br>**Hoofddorp, The Netherlands** |
| 26d.10.   **Gavin and Sydney McKinney**<br>**#4 Little Hermitage**<br>**Nassau, Bahamas** |
| 26d.11.   **Frank B. Brosens**<br>**c/o Taconic Capital**<br>**280 Park Avenue. 5th Floor**<br>**New York, NY 10017** |
| 26d.12.   **John Brosens**<br>**101 W 12th Street**<br>**Apt 4H**<br>**New York, NY 10011** |
| 26d.13.   **448127 BC Ltd.**<br>**Anthony Robin Hill**<br>**1628 Stephens Street**<br>**Van Couver, BC**<br>**V6K 3v3 Canada** |
| 26d.14.   **Rowdy Global Investments LLC**<br>**Nathan Jenkins**<br>**450 Laureal Chase Ct.**<br>**Atlanta, GA 30327** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Frank Jimenez | 4800 Florida A1A, Apt. 116<br>Vero Beach, FL 32963 | CEO, Director and Shareholder | .25% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alex Andre | 1160 Driftwood Drive<br>Vero Beach, FL 32963 | CFO | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ronald L. Edwards | 660 Beachland Blvd., Ste. 301<br>Vero Beach, FL 32963 | Chairman of the Board and Shareholder (shares held by R&K Edwards Investments, LLC) | 47.8% |

Debtor    LEMNATURE AQUAFARMS CORPORATION          Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Walter T. Jenkins, Jr. | 5315 16th Street<br>Vero Beach, FL 32966 | Director and Shareholder (shares held by Premier Citrus Management Investments, LLC and White Cosmic Archie, LLC) | 1.9% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Emmett Evans, III | 660 Beachland Blvd., Ste. 301<br>Vero Beach, FL 32963 | Director and Sharehoder (shares held by Evans Properties, Inc., Evans Enterprises 2012, LLC, and J.E. Evans, III Revocable Trust) | 20.9% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| HRH Prince Sultan bin Fahd bin Salman | bin Abduaziz Al Saud<br>Palace of the late HRH Prince Fahd bin Salman bin Abdulaziz Al Saud Riyadh, Saudia Arabia | Director and Shareholder (shares held by Seity Future Ventures) | 4.3% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| William Bishop Sr | 55 Post Road West 3rd Floor<br>Westport, CT 06880 | Director and Shareholder (shares held by B3 Group LLC) | 3.9% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|-------------------------------|
| 30.1. | Frank Jimenez<br>4800 Highway A1A, Unit 116<br>Vero Beach, FL 32963 | Total Amount $602,610.00 | Bi-weekly payments beginning September 2, 2022 through September 5, 2023 | See attached Exhibit F |
| | Relationship to debtor<br>CEO | | | |

Debtor    LEMNATURE AQUAFARMS CORPORATION                                    Case number *(if known)*

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | Alex Andre<br>1160 Driftwood Drive<br>Vero Beach, FL 32963 | Total Amount $251,284.79 | Bi-weekly payments beginning October 28, 2022 through September 5, 2023 | See attached Exhibit F |
| | Relationship to debtor<br>CFO | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 12, 2023**

**/s/ Ronald L. Edwards**                              **Ronald L. Edwards**
Signature of individual signing on behalf of the debtor        Printed name

Position or relationship to debtor    **Chairman of the Board of Directors**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Exhibit F -- Payments or Other Transfers to Insiders

**Frank Jimenez**
**Chief Executive Officer and Member of the Board of Directors**
**4800 Highway A1A, Unit 116, Vero Beach, FL 32963**

| Date of Payments | Salary | Paid Time Off | 401(k) Match | Benefits Contribution | Total Amount Paid | Reasons for Payment |
|---|---|---|---|---|---|---|
| 09/02/2022 | 19,230.77 | - | - | 449.84 | 19,680.61 | Employment Compensation |
| 09/16/2022 | 19,230.77 | - | - | 449.84 | 19,680.61 | Employment Compensation |
| 09/30/2022 | 19,230.77 | - | - | 449.84 | 19,680.61 | Employment Compensation |
| 10/14/2022 | 19,230.77 | - | - | 449.84 | 19,680.61 | Employment Compensation |
| 10/28/2022 | 19,230.77 | - | - | 449.84 | 19,680.61 | Employment Compensation |
| 11/10/2022 | 19,230.77 | - | - | 449.84 | 19,680.61 | Employment Compensation |
| 11/25/2022 | 19,230.77 | - | - | 449.84 | 19,680.61 | Employment Compensation |
| 12/09/2022 | 19,230.77 | - | - | 449.84 | 19,680.61 | Employment Compensation |
| 12/23/2022 | 19,230.77 | - | - | 449.84 | 19,680.61 | Employment Compensation |
| 01/06/2023 | 19,230.77 | - | - | 449.84 | 19,680.61 | Employment Compensation |
| 01/20/2023 | 19,230.77 | - | - | 449.84 | 19,680.61 | Employment Compensation |
| 02/03/2023 | 19,230.77 | - | - | 449.84 | 19,680.61 | Employment Compensation |
| 02/17/2023 | 19,230.77 | - | - | 449.84 | 19,680.61 | Employment Compensation |
| 03/03/2023 | 19,230.77 | - | - | 449.84 | 19,680.61 | Employment Compensation |
| 03/17/2023 | 19,230.77 | - | - | 449.84 | 19,680.61 | Employment Compensation |
| 03/31/2023 | 19,230.77 | - | - | 449.84 | 19,680.61 | Employment Compensation |
| 04/14/2023 | 19,230.77 | - | - | 449.84 | 19,680.61 | Employment Compensation |
| 04/28/2023 | 19,230.77 | - | - | 449.84 | 19,680.61 | Employment Compensation |
| 05/12/2023 | 19,230.77 | - | 769.23 | 449.84 | 20,449.84 | Employment Compensation |
| 05/26/2023 | 19,230.77 | - | 769.23 | 449.84 | 20,449.84 | Employment Compensation |
| 06/09/2023 | 19,230.77 | - | 769.23 | 449.84 | 20,449.84 | Employment Compensation |
| 06/23/2023 | 19,230.77 | - | 769.23 | 449.84 | 20,449.84 | Employment Compensation |
| 07/07/2023 | 19,230.77 | - | 769.23 | 449.84 | 20,449.84 | Employment Compensation |
| 07/21/2023 | 19,230.77 | - | 769.23 | 449.84 | 20,449.84 | Employment Compensation |
| 08/04/2023 | 19,230.77 | - | 769.23 | 449.84 | 20,449.84 | Employment Compensation |
| 08/18/2023 | 19,230.77 | - | 769.23 | 449.84 | 20,449.84 | Employment Compensation |
| 09/01/2023 | 19,230.77 | - | 769.23 | 449.84 | 20,449.84 | Employment Compensation |
| 09/05/2023 | 19,230.77 | 43,860.57 | 769.23 | 449.84 | 64,310.41 | Employment Compensation |
| | 538,461.56 | 43,860.57 | 7,692.30 | 12,595.57 | 602,610.00 | |

Ex. F

Exhibit F -- Payments or Other Transfers to Insiders

**Alex Andre**
**Chief Financial Officer**
**1160 Driftwood Drive, Vero Beach, FL 32963**

| Date of Payments | Salary | Paid Time Off | 401(k) Match | Benefits Contribution | Reimbursement | Total Amount Paid | Reasons for Payment |
|---|---|---|---|---|---|---|---|
| 10/28/2022 | 4,076.92 | - | - | 256.12 | - | 4,333.04 | Employment Compensation |
| 11/10/2022 | 8,153.85 | - | - | 256.12 | - | 8,409.97 | Employment Compensation |
| 11/25/2022 | 8,153.85 | - | - | 256.12 | - | 8,409.97 | Employment Compensation |
| 12/09/2022 | 8,153.85 | - | - | 256.12 | - | 8,409.97 | Employment Compensation |
| 12/23/2022 | 35,088.75 | - | - | 256.12 | - | 35,344.87 | Employment Compensation |
| 01/06/2023 | 8,153.85 | - | - | 256.12 | - | 8,409.97 | Employment Compensation |
| 01/20/2023 | 8,153.85 | - | 326.15 | 256.12 | - | 8,736.12 | Employment Compensation |
| 02/03/2023 | 8,153.85 | - | 326.15 | 256.12 | - | 8,736.12 | Employment Compensation |
| 02/17/2023 | 8,153.85 | - | 326.15 | 256.12 | - | 8,736.12 | Employment Compensation |
| 03/03/2023 | 8,153.85 | - | 326.15 | 256.12 | - | 8,736.12 | Employment Compensation |
| 03/17/2023 | 8,153.85 | - | 326.15 | 256.12 | - | 8,736.12 | Employment Compensation |
| 03/31/2023 | 8,153.85 | - | 326.15 | 256.12 | - | 8,736.12 | Employment Compensation |
| 04/14/2023 | 8,153.85 | - | 326.15 | 256.12 | - | 8,736.12 | Employment Compensation |
| 04/28/2023 | 8,153.85 | - | 326.15 | 256.12 | - | 8,736.12 | Employment Compensation |
| 05/12/2023 | 8,153.85 | - | 326.15 | 256.12 | - | 8,736.12 | Employment Compensation |
| 05/26/2023 | 8,153.85 | - | 326.15 | 256.12 | - | 8,736.12 | Employment Compensation |
| 06/09/2023 | 8,153.85 | - | 326.15 | 256.12 | - | 8,736.12 | Employment Compensation |
| 06/23/2023 | 8,153.85 | - | 326.15 | 256.12 | - | 8,736.12 | Employment Compensation |
| 07/07/2023 | 8,153.85 | - | 326.15 | 256.12 | - | 8,736.12 | Employment Compensation |
| 07/21/2023 | 8,153.85 | - | 326.15 | 256.12 | - | 8,736.12 | Employment Compensation |
| 08/04/2023 | 8,153.85 | - | 326.15 | 256.12 | - | 8,736.12 | Employment Compensation |
| 08/18/2023 | 8,153.85 | - | 326.15 | 256.12 | - | 8,736.12 | Employment Compensation |
| 8/28/2024 | - | - | - | - | 3,500.00 | 3,500.00 | Reimbursement of Company Approved Business Expenses |
| 09/01/2023 | 8,153.85 | - | 326.15 | 256.12 | - | 8,736.12 | Employment Compensation |
| 09/05/2023 | 8,153.85 | 17,216.85 | 326.15 | 256.12 | - | 25,952.97 | Employment Compensation |
| | 218,550.37 | 17,216.85 | 5,870.70 | 6,146.87 | 3,500.00 | 251,284.79 | |

## United States Bankruptcy Court
### Southern District of Florida

In re    **LEMNATURE AQUAFARMS CORPORATION**             Case No. _____

                            Debtor(s)           Chapter    **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chairman of the Board of Directors of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 12, 2023**            **/s/ Ronald L. Edwards**

                                        **Ronald L. Edwards**/**Chairman of the Board of Directors**
                                        Signer/Title

448127 BC Ltd.
Anthony Robin Hill
1628 Stephens Street
Vancouver, BC
V6K 3v3 Canada


Adams and Rubin Fence, Inc
4125 49th Ave, Unit 3
Vero Beach, FL 32967


ADP Workforce Now
6735 Southpoint Drive
Ste. 200
Jacksonville, FL 32216


ADP, LLC
PO Box 842875
Boston, MA 02284


Air Centers of Florida
7830 Kingspointe Parkway
Orlando, FL 32819


Air Products and Chemicals,
7201 Hamilton Blvd.
Allentown, PA 18195


Alchemy Systems, LP
5301 Riata Park Court
Bldg. F Ste. 100
Austin, TX 78727


Alfa Laval Inc
P. O. Box 200081
Pittsburgh, PA 15251


ALfa Laval Inc.
P.O. Box 123227
Dallas, TX 75312


American Drilling Services,
405 SW 2nd Street
Okeechobee, FL 34974

Apple Machine and Supply Co.
5900 Orange Avenue
Fort Pierce, FL 34947


Baker & McKenzie LLP
452 Fifth Avenue
New York, NY 10018


Banack Family LP
2050 15th Avenue
Vero Beach, FL 32960


Bayshore Partners Fund II LP
1700 S. MacDill Avenue
Ste. 340
Tampa, FL 33629


Bayshore Partners Fund II LP
1700 S. MacDill Avenue
Tampa, FL 33629


BCA Partners Fund LP
1700 S. MacDill Avenue
Ste. 340
Tampa, FL 33629


Bertoli NA GP Companies
1174 North Drive
Saint Paul, MN 55120


Birko Corp
1300 Altura Rd
Ste.125
Fort Mill, SC 29708


Bridgefield Casualty Insuran
P. O. Box 32034
Lakeland, FL 33802


Canary Ventures LLC
1700 S. MacDIll Avenue
Ste. 340
Tampa, FL 33629

Carrier Corporation
7305 Greenbriar Parkway
Orlando, FL 32819


Carta
333 Bush Street
San Francisco, CA


Cesium, Inc.
dba Knowde
333 W. San Carlos St.
San Jose, CA 95110


Chemetrics
4295 Catlett Rd
Midland, VA 22728


Coast Pump Water Technologie
3576 Plover Avenue , Naples,
Naples, FL 34117


Colony LLC
5702 La Jolla Hermosa Ave.
La Jolla, CA 92037


Comcast
P.O. Box 71211
Charlotte, NC 28272


Coupa Software Inc.
1855 South Grant Street
San Mateo, CA 94402


Daniel J. Wiethorn
2505 Timber Drive
Cedar Falls, IA 50613


Datasite
211 N 1st St
Minneapolis, MN 55401


Dell Corporation
C/O Dell USA LP
PO Box 534118
Atlanta, GA 30353

Dex Imaging, LLC
5109 W. Lemon Street
Tampa, FL 33609


EUROFINS CENTRAL ANALYTICAL
LABORATORIES
2219 Lakeshore DrivE
Ste. 500
New Orleans, LA 70122


EX Machinery
Tinstraat 33
CoC: 24346000
2984 AN Ridderkerk
Netherlands


FCCI Insurance Group
P.O. Box 405563
Atlanta, GA 30384


Fellsmer Joint Venture LLC
7735 County Road 512
Fellsmere, FL 32948


Fellsmere Joint Venture LLC
c/o Richard M. Carnell, Jr.
1900 Old Dixie Highway
Fort Pierce, FL 34946


Fellsmere Joint Venture LLC
7735 County Road 512
Fellsmere, FL 32948


Florida city gas
PO Box 22614
Miami, FL 33102


Florida Power & Light
General Mail Facility
Miami, FL 33188


Florida Power & Light Co.
700 Universe Blvd.
North Palm Beach, FL 33408

Flotex Ventures LLC
1700 S. MacDill Avenue
Ste. 340
Tampa, FL 33629


Frank B. Brosens
c/o Taconic Capital
280 Park Avenue. 5th Floor
New York, NY 10017


Frank Jimenez
4800 Highway A1A, Unit 116
Vero Beach, FL 32963


Gavin and Sydney McKinney
#4 Little Hermitage
Nassau, Bahamas


GP Companies, Inc.
1174 Northland Drive
Mendota Heights, MN 55120


Grant Thornton LLP
1717 Main Street
Suite 1800
Dallas, TX 75022


GreatAmerica Financial Servi
PO BOX 660831
Dallas, TX 75266


H.L. Barentz B.V.
Saturnusstraat 15, 2132B
Hoofddorp, The Netherlands


HAF Equipment
1255 Cope Avenue
Maplewood, MN 55109


IFM Efector Inc
PO Box 8538-307
Philadelphia, PA 19171

Illinois Secretary of State
501 S. Second St., Rm. 350
Springfield, IL 62756


Indian River County
5500 77th St
Vero Beach, FL 32967


Information & Computing
Services, Inc.
RF Smart Ste. F-601
3563 Phillps Highway
Jacksonville, FL 32207


Internal Revenue Service
7410 S. US Hwy 1
Port Saint Lucie, FL 34952


IPFS
4902 Eisenhower Blvd S #296
Tampa, FL 33634


IPFS Corporation
3522 Thomasville Road
Ste. 400
Tallahassee, FL 32309


Islamic Services of America
P.O. Box 8268
Cedar Rapids, IA 52408


ITOH International Patent Of
MARUNOUCHI MY PLAZA
16th Floor
CHIYODA-KU, MARUNOUCHI 2-1-1
JAPAN


John Brosens
101 W 12th Street
Apt 4H
New York, NY 10011


McMaster-Carr
P.O.Box 7690
Chicago, IL 60680

```
Mobile Mini Solutions
4646 East Van Buren
Phoenix, AZ 85008


Mobile Mini, Inc.
4311 Hwy 301 N
Tampa, FL 33610


MYBASEPAY USA LLC - ProReli
4301 S. Flamingo Road
Suite 106-228
Davie, FL 33330


Myers-Holum, Inc.
244 Madison Ave.
Ste. 217
New York, NY 10016


Nalco Water
PO Box 70716
Chicago, IL 60673


Nestle Quality Assurance Cen
445 State Street
Fremont, MI 49413


net Directive Technologies
dba Artemis
780 S. Apollo Blvd.
Melbourne, FL 32901


New Fortress Energy
Marketing LLC
700 NW 1st Ave.
Ste. 700
Miami, FL 33136


Oracle America, Inc.
Netsuite
2300 Oracle Way
Austin, TX 78741
```

Oracle Netsuite
Bank of America Lockbox
Services 15612
Collections Center Drive
Chicago, IL 60693


Patrick Fuenz
One Ocean Suite 503
Paradise Island Drive
Nassau, Bahamas


Permionics Global
Technologies, LLP
Khadol (u) Road,Taluka
Anklav, Village Umeta
District Anand 38850


PLANT FOODS INC
P.O. Box 1089
Vero Beach, FL 32961


Providence Consulting Group,
PO Box 933289
Cleveland, OH 44193


Raymond James
P.O. Box 23603
Saint Petersburg, FL 33742


Romer Labs Inc.
Department RL
P.O. Box 66971
Saint Louis, MO 63166


Roosevelt Neil and Aguilera
Marciales
UNKNOWN


Rowdy Global Investments LLC
Nathan Jenkins
450 Laureal Chase Ct.
Atlanta, GA 30327


RS Americas, Inc.
7151 Jack Newell Blvd.
Fort Worth, TX 76118

RSM
333 S. Garland Ave.
Ste. 1410
Orlando, FL 32801


Rubrik
Directive Technologies, Inc.
dba Artemis
780 S. Apollo Bvdl.
Melbourne, FL 32901


Safety Chain
7599 Redwood Blvd., Ste. 205
Novato, CA 94945


Seald Sweet
1991 74th Ave Ste. A
Vero Beach, FL 32966


Seald Sweet, LLC
1991 74th Avenue
Vero Beach, FL 32966


Staples Advantage
PO Box 105748
Atlanta, GA 30348


Starlink
3300 Fujita Street
Torrance, CA 90505


State of Delaware
Division of Corporations
P.O. Box 5509
Binghamton, NY 13902


T-Mobile
PO Box 742596
Cincinnati, OH 45274


Tameson
Videolab, Torenallee 20
5617 BC
Netherland

```
The Home Depot 6336
1140 Malabar Road
Palm Bay, FL 32907


Thomas Humphreys
30 Brearly Road
Princeton, NJ 08540


Trans-Market, LLC
915 Maislin Drive
Tampa, FL 33637


Union of Otrhodox Jewish
Congregations of America
Kashruth Division
40 Recotr Street
New York, NY 10006


Upkeep Technologies, Inc.
10880 Wilshire Blvd.
Los Angeles, CA 90024


VINCENT CORPORATION
2810 EAST 5TH AVENUE
Tampa, FL 33605


Waste Management
P.O. Box 4648
Carol Stream, IL 60197


Wellspring Worldwide, Inc.
954 W. Washington Blvd.
Ste. 750
Chicago, IL 60607


William Scotsman, Inc.
375 Kelly Drive
West Palm Beach, FL 33411


Williams Scotsman
PO BOX 91975
Chicago, IL 60693
```